**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of ARIZONA
(State)

Case number (If known): **24-05605-BMW** Chapter 11

FILED USBC CLRK PHX
2024 JUL 11 PM3:17

☐ Check if this is an amended filing

Official Form A-201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**I DEMAND REMOVAL FROM AUTOMATIC REFERRAL**

1. **Debtor's name**  :ANTHONY LEO MONTEZ,  ESTATE.

2. **All other names debtor used in the last 8 years**  N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  99 - 6522518

4. **Debtor's address**

   **Principal place of business**

   1600 Pennsylvania Avenue NW,

   Washington, DC  20500

   **Mailing address, if different from principal place of business**

   42080 W Anne Lane
   Number    Street

   P.O. Box

   Maricopa          AZ.      85138
   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   42080 W. Anne Lane
   Number   Street

   Non-Domestic

   Maricopa    AZ    85138
   City        State  ZIP Code

5. **Debtor's website (URL)**  N/A

Debtor: ANTHONY LEO MONTEZ, ESTATE.     Case number (if known) _____

**6. Type of debtor**

- ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☒ Other. SOLE PROPRIETOR,

**7. Describe debtor's business**

A. *Check one:*

- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☒ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☒ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☒ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ AN ESTATE AS DEFINED IN STATUTE

B. *Check all that apply:*

- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor : ANTHONY LEO MONTEZ, ESTATE.  
Name

Case number *(if known)* _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No  
   ☐ Yes. District _____ When ___/___/_____ Case number _____  
   District _____ When ___/___/_____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No  
    ☐ Yes. Debtor _____ Relationship _____  
    District _____ When ___/___/_____  
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No  
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? *Sierra Highlands Ranch II*  
    Sierra Highlands Ranch/Mile marker 176  

    **ST JOHNS, ARIZONA** 85936  
    **APACHE COUNTY**

    **Is the property insured?**

    ☐ No  
    ☐ Yes. Insurance agency ____**N/A**____  
    Contact name _____  
    Phone _____

**Statistical and administrative information**

Official Form A-201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor :ANTHONY LEO MONTEZ, ESTATE.    Case number (if known)_____

### 13. Debtor's estimation of available funds

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1
☐ 2-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☒ More than $50 billion

### 16. Estimated liabilities

☐ $0
☐ $1.00-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I certify that the foregoing is true and correct.

Executed on  07/01/2024
            MM / DD / YYYY

X  :Anthony-Leo: Montez:     :Anthony-Leo: Montez,
Signature of authorized representative of debtor    Printed name

Title: Personal Representative.

| Debtor | ANTHONY LEO MONTEZ, ESTATE. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of Counsel**

X: Anthony-L: Montez, Hee   Date 06/30/2024
Signature of counsel for debtor                          MM / DD / YYYY

Anthony-L Montez, Hee
Printed name

Firm name

42080 Anne Lane
Number    Street

Maricopa                                    AZ     85138
City                                        State  ZIP Code

(602)461-2994                               Anthonyleomontezestate
Contact phone                               Email address    @gmail.c(

Official Form A-201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 5

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- [x] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- [x] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- [x] Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- [x] Schedule H: Codebtors (Official Form 206H)
- [x] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- [ ] Amended Schedule ____
- [ ] Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- [x] Other document that requires a declaration  Form 202

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/11/24
MM / DD / YYYY

X  Anthony-L. Montez, Hee
Signature of individual signing on behalf of debtor

Montez, Anthony-L.
Printed name

Trustee
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors