**39**

FILED USBC CLRK PHX
2024 JUL 11 PM 3:17

Fill in this information to identify the case:

Debtor name **ANTHONY LEO MONTEZ ESTATE.**

United States Bankruptcy Court for the: ___ District of **ARIZONA** .

Case number (if known): **24-05605**

**CHAPTER 11**
(State)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................. $ **431,796.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................  $ **78,000,595,461.13**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................  $ **78,001,027,257.13**

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................. $ **9,000,000,000.0**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ................................. $ **323,351.14**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ............ + $ **102,187,36**

4. **Total liabilities**.................................................................................. $ **9,000,425,538.5**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    ANTHONY LEO MONTEZ ESTATE

United States Bankruptcy Court for the: _____ District of **ARIZONA**
                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☒ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**
   $ 78,000,000,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Bank of America | Checking | 4 9 2 6 | $ 10.00 |
| 3.2. | PLS - The Bancorp Bank | Checking | 3 0 6 6 | $ 10.00 |
| 3.3. | Bank of America | Estate Checking | 0 0 0 0 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | Donations | $ 1,000.00 |
| 4.2. | | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   $ 78,000,001,020.00

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | | $ |
| 7.2. | | $ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____ $_____

   8.2._____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81. $_____

---

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = .......➔  $_____
                              face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = .......➔  $ *unknown*
                              face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ *unknown (in the millions)*

---

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. *401-k* _____    *Unknown*    $ *Unknown*

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1 *Zetnom Custom Finishes, LLC.*    *50* %    *83-2625320*    $ *1,000,000.00*

    15.2 *Muntez Financial Planning Services, LLC*   *50* %    *92-1931893*    $ *1,000,000.00*

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:                                         *Registered Bond*         *Unliquidated*

    16.1. *Live Birth Bond*    *N#13710446*    $ *Unknown*

    16.2. *Vital Record Bond*    *W0#F2981730*    $ *Unknown*

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83. $ *2,000,000.00*

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.                                $_____

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| livestock | $ 8,250.00 | _____ | $ 10,500.00 |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| farm supplies and feed | $ 1,200.00 | _____ | $ 1,200.00 |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | _____ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 11,700 00

34. **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 42080 Anne Lane | 100% ownership<br>Personal/Private | $ 322,200.00 | | $ 419,200.00 |
| 55.2 Sierra Highlands Ranch II | Personal/Private | $ 22,900.00 | | $ 12,596.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $ 431,796.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Copyright - common law - name | $ | | $ 500,000.00 |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property**<br>Multiple unincorporated entities | $ | | $ Unknown |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89. | $ 500,000.00 |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  −  _____  = ➡  $_____
                      Total face amount         doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $_____

Nature of claim      _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Ally Financial, et al.

Nature of claim   Default Judgement

Amount requested   $83,761.13      $ 83,761.13

76. **Trusts, equitable or future interests in property**

Driver's License, HVAC Cert, High School Diploma    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Bezos Investments Express Trust      $_____
ANTHONY LEO MONTEZ ESTATE      $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 83,761.13

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-------------------------------------|---------------------------------|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 78,000,000,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ Unknown | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ Unknown | |
| 83. Investments. *Copy line 17, Part 4.* | $ Unknown | |
| 84. Inventory. *Copy line 23, Part 5.* | $ Unknown | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 11,700.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ Unknown | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ Unknown | |
| 88. Real property. *Copy line 56, Part 9.* ........................................➔ | | $ 431,796.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 500,000.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 83,766.13 | |
| 91. Total. Add lines 80 through 90 for each column..........................91a. | $ 78,000,595,461.13 | + 91b. $ 431,796.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ........................................................................ $ 78,001,027,257

/

Fill in this information to identify the case:

Debtor name **ANTHONY LEO MONTEZ ESTATE**

United States Bankruptcy Court for the: _____ District of **ARIZONA**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

**2.1 Creditor's name**

Bezos Investments Express Trust

**Creditor's mailing address**

4240 S. Arizona Ave #1043 Chandler, AZ 85248

**Creditor's email address, if known**

Bezosinvestmentsexpresstrust@gmail.com

**Date debt was incurred** 10/2019

**Last 4 digits of account number** 1985

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____
_____

**Describe debtor's property that is subject to a lien**

ANTHONY LEO MONTEZ ESTATE $9,000,000,000.00 – Unknow, V of the Estat

**Describe the lien**

Business Contract

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Creditor's name**

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____  $_____  $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. $9,000,000,000.00

Debtor _____          Case number (if known)_____
         Name

<table>
<tr><td style="background:black;color:white">**Part 1:**</td><td>**Additional Page**</td><td></td><td>*Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral.</td><td>*Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  **Creditor's name**                                    **Describe debtor's property that is subject to a lien**

_____          _____
                                                                                                          $_____    $_____
**Creditor's mailing address**                            _____

_____          _____
_____          **Describe the lien**
                                                                   _____
**Creditor's email address, if known**              **Is the creditor an insider or related party?**
                                                                   ☐ No
_____          ☐ Yes

**Date debt was incurred** _____        **Is anyone else liable on this claim?**
**Last 4 digits of account**                              ☐ No
**number**          __ __ __ __                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the**    **As of the petition filing date, the claim is:**
**same property?**                                            Check all that apply.
☐ No                                                              ☐ Contingent
☐ Yes. Have you already specified the relative     ☐ Unliquidated
     priority?                                                     ☐ Disputed
     ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____

     ☐ Yes. The relative priority of creditors is
          specified on lines _____

**2.__**  **Creditor's name**                                    **Describe debtor's property that is subject to a lien**

_____          _____
                                                                                                          $_____    $_____
**Creditor's mailing address**                            _____

_____          _____
_____          **Describe the lien**
                                                                   _____
**Creditor's email address, if known**              **Is the creditor an insider or related party?**
                                                                   ☐ No
_____          ☐ Yes

**Date debt was incurred** _____        **Is anyone else liable on this claim?**
**Last 4 digits of account**                              ☐ No
**number**          __ __ __ __                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the**    **As of the petition filing date, the claim is:**
**same property?**                                            Check all that apply.
☐ No                                                              ☐ Contingent
☐ Yes. Have you already specified the relative     ☐ Unliquidated
     priority?                                                     ☐ Disputed
     ☐ No. Specify each creditor, including this
          creditor, and its relative priority.
          _____
          _____
          _____

     ☐ Yes. The relative priority of creditors is
          specified on lines _____

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page ___ of ___

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

**Debtor**      ANTHONY LEO MONTEZ ESTATE

United States Bankruptcy Court for the: _____ District of **ARIZONA**
                                                (State)

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Total claim** $ 3,608.26    **Priority amount** $ _____ |

*American Express*
*P.O. Box 90001*
*Los Angeles, CA 90096-8000*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim: _____

Last 4 digits of account number *1009*

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| | | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ 3,406.05    $ _____ |

*Discover*
*P.O. Box 30943*
*Salt Lake City, UT 84130-0943*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim: _____

Last 4 digits of account number *9954*

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| | | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ 2,023.86    $ _____ |

*Discover*
*P.O. Box 30943*
*Salt Lake City, UT 84130-0943*

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred     Basis for the claim: _____

Last 4 digits of account number *2998*

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.
    **Total claim**           **Priority amount**

---

**2.4** **Priority creditor's name and mailing address**

Electrical District No. 3
41030 W. Louis Johnson Dr.
Maricopa, AZ 85138

$ 1,078.47    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** 4 0 0 1

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.5** **Priority creditor's name and mailing address**

Global Water Resources
21410 N. 19th Ave Ste. 220
Phoenix, AZ 85027

$ 489.69    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** 0 7 8 4

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.6** **Priority creditor's name and mailing address**

Maryvale Justice Courts
10420 W. Van Buren St #102
Avondale, AZ 85323

$ 226.07    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.7** **Priority creditor's name and mailing address**

Orbitel Communications
21110 N. John Wayne Pkwy B9
Maricopa, AZ 85139

As of the petition filing date, the claim is: $ 239.90    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** 0 4 0 2

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

**Debtor** _____  **Case number** (if known) _____
Name

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.8 Priority creditor's name and mailing address**                               $ _14,841.05_     $ _____

Pioneer Title Agency
PO Box 454107
Phoenix, AZ 85064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:** _____
_____

**Last 4 digits of account number** _0303_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.9 Priority creditor's name and mailing address**                               $ _225.00_     $ _____

Entry Management
4003 e Elwood St Ste 100
Phoenix, AZ 85040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:** _____
_____

**Last 4 digits of account number** _1017_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.10 Priority creditor's name and mailing address**                               $ _175.30_     $ _____

Southwest Gas Co.
P.O. Box 24531
Oakland, CA 94623-1531

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:** _____
_____

**Last 4 digits of account number** _6714_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

---

**2.11 Priority creditor's name and mailing address**                               $ _296,957.04_     $ _____

U.S. Bank, et al.
800 Nicollet Mall
Minneapolis, MN 55402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**     **Basis for the claim:** _____
_____

**Last 4 digits of account number** _9512_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1** Nonpriority creditor's name and mailing address

Ally Financial, et al.
200 w. Civic Center Drive
Sandy, UT 89070

Date or dates debt was incurred _____

Last 4 digits of account number  4934

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

Amount of claim  $ 82,584.06

**3.2** Nonpriority creditor's name and mailing address

Apelles
P.O. BOX 1578
Middletown, OH 45042-1578

Date or dates debt was incurred _____

Last 4 digits of account number  7971

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 850.75

**3.3** Nonpriority creditor's name and mailing address

Capital One
P.O. BOX 71087
Charlotte, NC 28272-7087

Date or dates debt was incurred _____

Last 4 digits of account number  8480

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,354.81

**3.4** Nonpriority creditor's name and mailing address

Capital One
P.O. BOX 71087
Charlotte, NC 28272-7087

Date or dates debt was incurred _____

Last 4 digits of account number  3755

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 236.82

**3.5** Nonpriority creditor's name and mailing address

Credit One
P.O. BOX 60500
City of Industry, CA 91716-0500

Date or dates debt was incurred _____

Last 4 digits of account number  1869

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 525.67

**3.6** Nonpriority creditor's name and mailing address

Credit One
P.O. BOX 60500
City of Industry, CA 91716-0500

Date or dates debt was incurred _____

Last 4 digits of account number  4544

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 1416.69

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.__ **Nonpriority creditor's name and mailing address**

*Firstsource Advantage, LLC*
*205 Bryant Woods S*
*Amherst, NY 14228-3609*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 5,508.71

**Basis for the claim:** _____

**Date or dates debt was incurred**

**Last 4 digits of account number** 1327

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

*Maxwell & Morgan*
*4854 e. Baseline Rd #104*
*Mesa, AZ 85206*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,407.81

**Basis for the claim:** _____

**Date or dates debt was incurred**

**Last 4 digits of account number** 0349

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

*Midland Credit Management*
*350 Camino De la Reina Steno*
*San Diego, CA 92118*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,297.92

**Basis for the claim:** _____

**Date or dates debt was incurred**

**Last 4 digits of account number** 3061

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

*State Farm*
*P.O. Box 588002*
*North Metro, GA*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 184.29

**Basis for the claim:** _____

**Date or dates debt was incurred**

**Last 4 digits of account number** 5934

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.__ **Nonpriority creditor's name and mailing address**

*Synchrony - Car Credit*

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,297.92

**Basis for the claim:** _____

**Date or dates debt was incurred**

**Last 4 digits of account number** 4404

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Case 4:24-bk-05605-BMW　　Doc 4　　Filed 07/11/24　　Entered 07/12/24 08:51:07　　Desc
Main Document　　　Page 17 of 39

Debtor _____     Case number (if known)_____
        Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___  Nonpriority creditor's name and mailing address

*Synchrony-Care Credit*

*P.O. BOX 71715*

*Philadelphia, PA 19176-715*

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ *3401.91*

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number   *2775*

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | | Case number (if known) |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | All Court Cases that may have Claims. TBD. | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line _____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Case 4:24-bk-05605-BMW   Doc 4   Filed 07/11/24   Entered 07/12/24 08:51:07   Desc
Main Document     Page 19 of 39

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line _____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Case 4:24-bk-05605-BMW    Doc 4    Filed 07/11/24    Entered 07/12/24 08:51:07    Desc
Main Document          Page 20 of 39

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a. **Total claims from Part 1**          5a.     $ 323,351.14

5b. **Total claims from Part 2**          5b.  **+** $ 102,187.36

5c. **Total of Parts 1 and 2**            5c.     $ 425,538.50
    Lines 5a + 5b = 5c.

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | *Business Loan* | *Bezos Investments Express Trust* <br> *4240 S Arizona Ave #1043* <br> *Chandler, AZ Non-Domestic 852~* |
| | State the term remaining | *30 years* | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._   **State what the contract or lease is for and the nature of the debtor's interest**

_____

**State the term remaining**

**List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

2._   **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Fill in this information to identify the case:

Debtor name _____ **ANTHONY LEO MONTEZ ESTATE.**

United States Bankruptcy Court for the: _____ District of __**ARIZONA**__
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1: Codebtor*                                          *Column 2: Creditor*

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case 4:24-bk-05605-BMW    Doc 4    Filed 07/11/24    Entered 07/12/24 08:51:07    Desc
Main Document         Page 24 of 39

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.__ _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name _____ **ANTHONY LEO MONTEZ ESTATE.**

United States Bankruptcy Court for the: _____ District of __**ARIZONA**__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☒ None   *NO Access to estate's Funds.*

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

**Sources of revenue** — Check all that apply

**Gross revenue** (before deductions and exclusions)

| | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __ MM/DD/YYYY | to Filing date | ☐ Operating a business ☐ Other ____ | $____ |
| For prior year: | From __ MM/DD/YYYY | to __ MM/DD/YYYY | ☐ Operating a business ☐ Other ____ | $____ |
| For the year before that: | From __ MM/DD/YYYY | to __ MM/DD/YYYY | ☐ Operating a business ☐ Other ____ | $____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From __ MM/DD/YYYY | to Filing date | ____ | $____ |
| For prior year: | From __ MM/DD/YYYY | to __ MM/DD/YYYY | ____ | $____ |
| For the year before that: | From __ MM/DD/YYYY | to __ MM/DD/YYYY | ____ | $____ |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | _____ | $_____ | ❑ Secured debt |
| | Street | _____ | | ❑ Unsecured loan repayments |
| | | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State     ZIP Code | _____ | | ❑ Other _____ |
| 3.2. | | | | |
| | Creditor's name | _____ | $_____ | ❑ Secured debt |
| | Street | _____ | | ❑ Unsecured loan repayments |
| | | | | ❑ Suppliers or vendors |
| | | | | ❑ Services |
| | City          State     ZIP Code | _____ | | ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | _____ | $_____ | _____ |
| | Street | _____ | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | Insider's name | _____ | $_____ | _____ |
| | Street | _____ | | _____ |
| | | | | _____ |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | ____ | $_____ |
| Street | | | |
| | | | |
| City        State     ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | ____ | $_____ |
| Street | | | |
| | | | |
| City        State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City        State     ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Ally Financial, etal. | Civil | Pinal County Superior Court | ☐ Pending |
| | **Case number** | | Name  971 N. Jason Lopez Circle | ☐ On appeal |
| | CV-202300231 | | Street Bldg. A | ☒ Concluded |
| | | | Florence     AZ     85132 | |
| | | | City        State     ZIP Code | |
| 7.2. | Quiet Title | Civil | Pinal County Superior Court | ☒ Pending |
| | **Case number** | | Name  971 N. Jason Lopez Circle | ☐ On appeal |
| | CV-202401463 | | Street Bldg. A | ☐ Concluded |
| | | | Florence     AZ     85132 | |
| | | | City        State     ZIP Code | |

| Debtor | | Case number *(if known)* |
|---|---|---|
| | Name | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| | | Name |
| City          State          ZIP Code | Case number | Street |
| | | |
| | Date of order or assignment | City          State          ZIP Code |

---

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | |
| **9.2.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | | |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bezos Investments Express Trust | Residential home | 03/2024 | $ 419,000.0 |
| | **Address** 4240 S. Arizona Ave #1043 | 42080 Anne Lane Maricopa | | |
| | Street | | | |
| | Chandler         AZ    85248 | | | |
| | City                State  ZIP Code | | | |

Email or website address

Bezosinvestmentsexpresstrust@gmail.com

Who made the payment, if not debtor?

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City             State   ZIP Code | | | |

Email or website address

_____

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor _____   Case number (if known)_____
            Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | | |
|---|---|---|---|---|
| | | _____ | _____ | $_____ |
| 13.2. | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7:  Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State     ZIP Code | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 6

| Part 8: | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| _____ City        State        ZIP Code | _____ _____ | ☐ Electronically ☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* |
| _____ City        State        ZIP Code | _____ _____ | ☐ Electronically ☐ Paper |

| Part 9: | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. *Chase Bank* <br> Name <br> *0240 S. Central Ave* <br> Street <br> *Phoenix   AZ   85042* <br> City    State    ZIP Code | XXXX–*5155* | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | *12-10-22* | $ *-417.64* |
| 18.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | XXXX–__ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ <br> Name <br> _____ <br> Street <br> _____ <br> _____ <br> City    State    ZIP Code | _____ <br> _____ <br> Address <br> _____ <br> _____ | _____ <br> _____ <br> _____ | ☐ No <br> ☐ Yes |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

**Part 12: Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | | Case number *(if known)* |
|---|---|---|
| | Name | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Zotnom Custom Finishes, llc | Construction | EIN: 83-2625320 |
| | Name | | Dates business existed |
| | 4240 S. Arizona Ave #1043 | | |
| | Street | | From 2018    To Current |
| | Chandler    AZ    85248 | | |
| | City    State    ZIP Code | | |

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.2. | Commerce & Executor PMA | Advisor | EIN: 92-1504024 |
| | Name | | Dates business existed |
| | 4240 S. Arizona Ave #1043 | | |
| | Street | | From 2023    To Current |
| | Chandler    AZ    85248 | | |
| | City    State    ZIP Code | | |

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.3. | Montez Financial Planning Services, llc | Financial Planning | EIN: 92-1931893 |
| | Name | | Dates business existed |
| | 4240 S Arizona Ave #1043 | | |
| | Street | | From 2023    To Current |
| | Chandler    AZ    85248 | | |
| | City    State    ZIP Code | | |

Debtor _____ Case number (if known) _____
            Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| Name and address | | | Dates of service |
|---|---|---|---|

26a.1. _____
        Name
        _____
        Street
        _____
        _____
        City                State          ZIP Code

Dates of service

From _____    To _____

26a.2. _____
        Name
        _____
        Street
        _____
        _____
        City                State          ZIP Code

**Name and address**          **Dates of service**

From _____    To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

**Name and address**          **Dates of service**

26b.1. _____
        Name
        _____
        Street
        _____
        _____
        City                State          ZIP Code

From _____    To _____

26b.2. _____
        Name
        _____
        Street
        _____
        _____
        City                State          ZIP Code

**Name and address**          **Dates of service**

From _____    To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

**Name and address**          **If any books of account and records are unavailable, explain why**

26c.1. _____
        Name
        _____
        Street
        _____
        _____
        City                State          ZIP Code

_____
_____
_____

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
|  | Street _____ | _____ |
|  | _____ | _____ |
|  | City _____  State ____  ZIP Code ____ |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

|  | Name and address |
|---|---|
| 26d.1. | Name _____ |
|  | Street _____ |
|  | _____ |
|  | City _____  State ____  ZIP Code ____ |
|  | **Name and address** |
| 26d.2. | Name _____ |
|  | Street _____ |
|  | _____ |
|  | City _____  State ____  ZIP Code ____ |

## 27 Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

|  |  |
|---|---|
| 27.1. | Name _____ |
|  | Street _____ |
|  | _____ |
|  | City _____  State ____  ZIP Code ____ |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.

_____
Name

_____
Street

_____
City                                State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name | | | |
| _____ | | _____ | |
| Street | | | |
| _____ | | | |
| City                State      ZIP Code | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

|  | Name and address of recipient |  |  |  |
|---|---|---|---|---|
| 30.2 | _____ |  | _____ | _____ |
|  | Name |  | _____ | |
|  | Street |  | _____ | |
|  | _____ |  | | |
|  | City          State     ZIP Code |  | _____ | |
|  | **Relationship to debtor** |  | _____ | |
|  | _____ |  | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
    ☒ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/05/2024
            MM / DD / YYYY

✗ : Anthony-L: Montez, Hee.   Printed name : Anthony-Loo: Montez.
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    TTEE

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes