**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of ARIZONA
(State)

Case number (if known): _____ Chapter 11

☒ Check if this is an amended filing

24-5605-BMW

## Official Form A-201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**I DEMAND REMOVAL FROM AUTOMATIC REFERRAL**

1. **Debtor's name** — :ANTHONY LEO MONTEZ, ESTATE.

2. **All other names debtor used in the last 8 years** — N/A

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 99 - 6522518

4. **Debtor's address**

   **Principal place of business**

   1600 Pennsylvania Avenue NW,

   Washington, DC 20500

   **Mailing address, if different from principal place of business**

   42080 W Anne Lane
   Number   Street

   P.O. Box

   Maricopa      AZ.      85138
   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   42080 W. Anne Lane
   Number   Street

   Maricopa      AZ   85138
   City          State  ZIP Code

5. **Debtor's website (URL)** — N/A



Debtor :ANTHONY LEO MONTEZ, ESTATE.___    Case number (if known)_____
Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When ___/___/_____ Case number _____
                                  MM / DD / YYYY
           District _____ When ___/___/_____ Case number _____
                                  MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When ___/___/_____
                                         MM / DD / YYYY
           Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in this district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Sierra Highlands Ranch. Mile marker 176

    ST JOHNS, ARIZONA                                    85936
    APACHE COUNTY

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency    **N/A**
           Contact name    _____
           Phone    _____

**Statistical and administrative information**

Official Form ... Voluntary Petition for Non-Individuals Filing for Bankruptcy ...
Case 4:24-bk-05605-BMW  Doc 12  Filed 07/18/24  Entered 07/19/24 15:45:00  Desc
Main Document  Page 2 of 4

Debtor :ANTHONY LEO MONTEZ, ESTATE. Case number (if known)_____

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1
☐ 2-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☒ More than $50 billion

**16. Estimated liabilities**

☐ $0
☐ $1.00-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I certify that the foregoing is true and correct.

Executed on  7 / 18 / 24
           MM / DD / YYYY

X _*Anthony-L. Montez*_
_ Signature of authorized representative of debtor

: Anthony-Leo: Montez,
Printed name

Title: Personal Representative.

| Debtor | ANTHONY LEO MONTEZ, ESTATE. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of Counsel**

X _Anthony-L: Montez_ Date _7/18/24_
Signature of counsel for debtor  MM / DD / YYYY

_Anthony-L. Montez, Personal Rep_
Printed name

Firm name

_42080 W Anne Lane_
Number  Street

_Maricopa_  _AZ_  _85138_
City  State  ZIP Code

_602 461-2994_  _Anthonyleomontezestate@gmail.com_
Contact phone  Email address