# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                                    Case No.: 4:24−bk−05605−BMW

ANTHONY LEO MONTEZ, ESTATE         Chapter: 11
42080 W ANNE LANE
MARICOPA, AZ 85138
SSAN:
EIN: 99−6522518

Debtor(s)

## CHAPTER 11 CASE MANAGEMENT ORDER

Pursuant to 11 U.S.C. § 105(d), a status hearing will be held in the above−captioned case via videoconference on **9/12/24** at **10:30 AM.**

Videoconference Hearing Guidelines may be reviewed on the Court's website at https://azb.uscourts.gov/videoconference−hearing−guidelines.

Any interested parties may appear via https://www.zoomgov.com/. The **hearing ID is 161 690 4208** and the **passcode is 072652.** Alternatively, any interested parties may access the hearing using the following link: https://www.zoomgov.com/j/1616904208?pwd=VUVLcVlJejZEVEp2K25WdmZ3WlFuZz09.

Debtor's counsel shall address the following issues at the status hearing:

1. The nature and status of Debtor's operations;
2. The factors that led to the bankruptcy filing;
3. Whether this is a small business case as defined in 11 U.S.C. § 101(51C) or a single asset real estate case as defined in 11 U.S.C. § 101(51B);
4. Whether counsel has been appointed;
5. Whether Debtor will seek to employ any other professionals;
6. Whether required reports have been filed and required U.S. Trustee's fees have been paid;
7. Whether administrative operating expenses have been paid on a current basis;
8. Whether there are any unique issues regarding secured debt, employees, unexpired leases, existing management and/or equity owners, etc.;
9. The status of all FICA, FUTA and other employee withholdings;
10. The status of any litigation involving Debtor;
11. The proposed deadline for filing proofs of claim and interests;
12. The deadline for filing a plan.

− − − ORDER CONTINUES ON NEXT PAGE − − −

Failure to file monthly operating reports or to pay quarterly fees to the U.S. Trustee may constitute cause for immediate conversion to Chapter 7 or dismissal of the case. Failure to abide by the law with respect to FICA, FUTA, and any other employee withholdings may constitute cause for immediate conversion to Chapter 7.

A non−small business debtor has 120 days to file a plan during the exclusivity period and 180 days for that plan to be accepted by each class of claims or interests that is impaired under the plan. 11 U.S.C. § 1121.

A small business debtor that has not elected to proceed under subchapter V of Chapter 11 has 180 days to file a plan during the exclusivity period but must file a plan and disclosure statement not later than 300 days after the date of the order for relief. 11 U.S.C. § 1121(e). The plan must be confirmed within 45 days of its filing unless an extension is timely granted. 11 U.S.C. § 1129(e).

Debtor's counsel shall <u>promptly</u> serve a copy of this order on the U.S. Trustee and all parties on the master mailing list on file with the Court.

Date: July 24, 2024                                BY THE COURT

Address of the Bankruptcy Clerk's Office:          **Honorable Brenda Moody Whinery**
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov