# Notice Recipients

District/Off: 0970–4          User: admin          Date Created: 7/24/2024

Case: 4:24–bk–05605–BMW          Form ID: o11tvcsm          Total: 3

**Recipients of Notice of Electronic Filing:**

ust        U.S. TRUSTEE        USTPRegion14.PX.ECF@USDOJ.GOV

aty        RENEE SANDLER SHAMBLIN        renee.s.shamblin@usdoj.gov

                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        ANTHONY LEO MONTEZ, ESTATE        42080 W ANNE LANE        MARICOPA, AZ 85138

                                                        TOTAL: 1