| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| _____ District of ARIZONA (State) | | |
| Case number (if known): 4:24-bk-05605-BMW Chapter 11 | | |

FILED USBC CLRK PHX
2024 JUL 30 PM 3:38

**AMENDED**

☒ Check if this is an amended filing

Official Form A-201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

**I DEMAND REMOVAL FROM AUTOMATIC REFERRAL**

1. **Debtor's name**  :ANTHONY LEO MONTEZ, ESTATE.

2. **All other names debtor used in the last 8 years**  N/A
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  99 - 6522518

4. **Debtor's address**

   **Principal place of business**
   1600 Pennsylvania Avenue NW,
   Washington, DC  20500

   **Mailing address, if different from principal place of business**
   42080 W Anne Lane
   Number   Street

   P.O. Box
   Maricopa         AZ.        85138
   City             State      ZIP Code

   **Location of principal assets, if different from principal place of business**
   42080 W Anne Lane
   Number   Street

   Maricopa         AZ         85138
   City             State      ZIP Code

5. **Debtor's website (URL)**    N/A



| Debtor | :ANTHONY LEO MONTEZ, ESTATE. | Case number (if known) 4:24-bk-05605-BMW |
|---|---|---|

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☒ Other. SOLE PROPRIETOR,

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☒ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☒ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ AN ESTATE AS DEFINED IN STATUTE

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☒ A plan will be filed within 120 days of filing this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor :ANTHONY LEO MONTEZ, ESTATE.__ Case number (if known) 4:24-bk-05605-BMW
Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When ____/____/_____ Case number _____
   MM / DD / YYYY
   District _____ When ____/____/_____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When ____/____/_____
    MM / DD / YYYY
    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
    Sierra Highlands Ranch, Mile marker 176
    ST JOHNS, ARIZONA                          85936
    APACHE COUNTY

    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency ___N/A___
    Contact name _____
    Phone _____

Statistical and administrative information

| Debtor | :ANTHONY LEO MONTEZ, ESTATE. | Case number (if known) 4:24-bk-05605-BMW |
|---|---|---|

### 13. Debtor's estimation of available funds

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- ☒ 1
- ☐ 2-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated assets

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☒ More than $50 billion

### 16. Estimated liabilities

- ☐ $0
- ☐ $1.00-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I certify that the foregoing is true and correct.

Executed on 07/29/2024
MM / DD / YYYY

X *Anthony-Leo: Montez,* without Recourse
Signature of authorized representative of debtor

: Anthony-Leo: Montez,
Printed name

Title: Personal Representative.

| Debtor | :ANTHONY LEO MONTEZ, ESTATE. | Case number (if known) 4:24-bk-05605-BMW |
|---|---|---|

**18. Signature of Counsel**

X :Anthony-Leo; Montez.    Date 07/29/2024
Signature of counsel for debtor *without Recourse*    MM / DD / YYYY

Printed name

Firm name

Number    Street

City    State    ZIP Code

Contact phone    Email address