# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re: ANTHONY LEO MONTEZ Estate, et al.,
**Debtor-in-possession.**

Chapter 11

CASE NO: 04:24-bk-05605-BMW

**DEBTOR'S MOTION TO COMPEL BANK TO OPEN DEBTOR-IN-POSSESSION ACCOUNT**

TO:
The Honorable Judge Brenda Moody Whinery
United States Bankruptcy Court
230 N 1st Ave, suite 101
Phoenix, AZ 85003

## MOTION TO COMPEL BANK TO OPEN DEBTOR-IN-POSSESSION ACCOUNT

COMES NOW, Anthony-Leo Montez, the Debtor in Possession in the above-captioned case (hereinafter "Debtor"), and respectfully files this Motion to Compel PNC Bank, to open a Debtor-in-Possession bank account and tax account, and in support thereof, would show the Court as follows:

## I. BACKGROUND

1. Filing and Jurisdiction:
    - On July 11, 2024, Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the District of Arizona.

Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, Debtor continues to manage and operate the business as a debtor in possession.

2. Need for Debtor-in-Possession Accounts:
   - In accordance with 11 U.S.C. § 345(b) and applicable bankruptcy rules, Debtor is required to open a Debtor-in-Possession account to manage the financial affairs of the estate. These accounts are necessary to segregate the estate's funds and ensure compliance with fiduciary duties.

3. Attempts to Open Accounts:
   - Debtor has approached multiple financial institutions, listed below, to open the required Debtor-in-Possession account. However, Debtor has been denied service due to the lack of an existing banking relationship prior to filing for bankruptcy.
     1. ALLIANCE BANK – 1 E. Washington, Phoenix, AZ
     2. ALLIANCE BANK – 3033 W Ray Rd., Chandler, AZ
     3. ARIZONA BANK & TRUST – 1000 N 54TH Street., Chandler, AZ
     4. BANK OF AMERICA – 2080 E. Baseline Rd., Phoenix, AZ
     5. BANK OF AMERICA – 20944 N. John Wayne Pkwy., Maricopa, AZ
     6. BMO – 2077 S. Priest Dr., Tempe, AZ
     7. CHASE – 6240 S Central Ave., Phoenix, AZ
     8. NATIONAL BANK OF ARIZONA – 1400 E. Southern Ave., Tempe, AZ
     9. PNC BANK – 830 N 56TH Street, Chandler, AZ
     10. PNC BANK – 7605 S McClintock Drive, Tempe, AZ
     11. PNC BANK – 6002 S Central Ave, Phoenix, AZ
     12. WELLS FARGO – 20885 N John Wayne Pkwy., Maricopa, AZ
     13. WELLS FARGO – 2010 W Baseline Rd., Phoenix, AZ

4. Hindrance to Estate Administration:
   - The inability to open a Debtor-in-Possession account hinders the Debtor's ability to manage estate funds properly and threatens the administration of the bankruptcy case, potentially harming creditors and other stakeholders.

## II. RELIEF REQUESTED

Debtor respectfully requests that this Court enter an order compelling PNC bank, to open a Debtor-in-Possession account and tax account for the Debtor, as required for the proper administration of the bankruptcy estate.

## III. BASIS FOR RELIEF

1. Authority of the Court:
    - This Court has the authority to issue orders necessary to enforce the provisions of the Bankruptcy Code and to ensure that the bankruptcy process is not unduly impeded.

2. Good Cause:
    - Good cause exists for this Motion, as the Debtor has made diligent efforts to comply with the requirements of the Bankruptcy Code and has been unreasonably denied the necessary banking services. The lack of cooperation from financial institutions poses a substantial risk to the orderly administration of the estate.

## IV. CONCLUSION

For the foregoing reasons, Debtor respectfully requests that the Court:

1. Grant the Motion:
    - Issue an order compelling PNC Bank, to open a Debtor-in-Possession account and tax account for the Debtor.
2. Provide Other Relief as Deemed Necessary:
    - Grant such other and further relief as the Court deems just and proper.

DATED: August 16, 2024
Respectfully,

*[signature: Anthony Leo Montez, without Recourse]*

:ANTHONY- LEO MONTEZ ESTATE.
42080 W ANNE LANE,

MARICOPA, AZ [85138]
[Sole Proprietor / Debtor in Possession]

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion has been served on the following parties via USPS on August 16, 2024:

United States Trustee Office, Bankruptcy Analyst: Lorraine T. Korklan
Office of the United States Trustee, Paralegal Specialist, Dale Griffiths


:ANTHONY-LEO MONTEZ ESTATE.
[Sole Proprietor/Debtor in Possession