IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

Anthony Leo Montez, Estate,

Debtor(s).

In Proceedings under Chapter 11

Case No. 4:24-bk-05605-BMW

**§ 341 First Meeting of Creditors Minute Sheet**

**Date:** August 22, 2024

**Time:** 12:00 p.m.

Debtor Present: ■ YES ☐ NO     Presiding Officer: Renee S. Shamblin

Debtor's Address: _____

Appearance by Attorney for Debtor: Pro Se_____ ■ YES ☐ NO

Anthony Leo Montez_____ Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined? ■ YES ☐ NO

Appearances:

| Name | Party Represented |
|---|---|
| 1. None | _____ |
| 2. _____ | _____ |
| 3. _____ | _____ |
| 4. _____ | _____ |
| 5. _____ | _____ |

Related Cases: _____
_____

Schedules Filed? ■ YES ☐ NO   If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed? _____
_____

When will the Schedules be filed? _____

■ Concluded  ☐ Continued     **Date:** _____

**Time:** _____

**Location:** _____

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules