# Notice Recipients

District/Off: 0970–4 | User: admin | Date Created: 8/28/2024
Case: 4:24–bk–05605–BMW | Form ID: defmemo | Total: 1

**Recipients of Notice of Electronic Filing:**
aty      RENEE SANDLER SHAMBLIN      renee.s.shamblin@usdoj.gov

TOTAL: 1