THIS ORDER IS APPROVED.

Dated: September 3, 2024

**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ANTHONY LEO MONTEZ, ESTATE,<br><br>Debtor. | In Proceedings under Chapter 7<br><br>Case No 4:24-BK-05605-BMW<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO EXTEND RESPONSE DEADLINE AND CONTINUE HEARING ON PETITION CHALLENGING BANKRUPTCY TRUSTEE FEES AND REQUEST FOR SHOW CAUSE AND EVIDENTIARY HEARING** |

**THIS MATTER** came before the Court pursuant to the "*Motion to Extend Response Deadline and Continue Hearing on Petition Challenging Bankruptcy Trustee Fees and Request for Show Cause and Evidentiary Hearing*" (the "Motion") filed by the United States Trustee for the District of Arizona. Based upon the Motion, the record in this case, and good cause appearing therefore, the Court hereby orders as follows:

1. The Motion is approved.

2. The hearing on the Debtor's "*Petition Challenging Bankruptcy Trustee Fees and Request for Show Cause and Evidentiary Hearing*," (the "Fee Motion") currently scheduled for September 12, 2024, will be continued to October 15, 2024 at 10:15 a.m.

3. The deadline to file responses to Fee Motion shall be no less than seven (7) days

1

prior to the continued hearing date.

4. This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://uscourts.gov/videoconference-hearing-guidlines.

5. Any interested parties may appear via https://www.zoomgov.com/. The hearing ID is 161 812 3723 and the passcode is 734316. Alternatively, interested parties may access the hearing using the following link: https://www.zoomgov.com/j/1618123723?pwd=Z2NIOS9mOEZMRnIwUWdEbnRXUDNyUT09.

6. Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

**SIGNED AND DATED ABOVE.**