# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

**Chapter 11**

In re: ANTHONY LEO MONTEZ Estate, et al.,
**Debtor-in-possession.**

CASE NO: 04:24-bk-05605-BMW

**MOTION FOR WAIVER OF FEES DUE TO LACK OF CONTROL OVER ESTATE AND COURT'S LACK OF JURISDICTION OVER NON-CORE MATTERS**

*IN RE:*
ANTHONY LEO MONTEZ ESTATE, et al.
Sole Proprietorship / Debtor in Possession
42080 W. Anne Lane
Maricopa, AZ [85138]
EIN: 99-6522518

*TO:*
The Honorable Judge Brenda Moody Whinery
United States Bankruptcy Court
230 N 1st Ave, suite 101
Phoenix, AZ 85003

## MOTION FOR WAIVER OF FEES DUE TO LACK OF CONTROL OVER ESTATE & COURT'S LACK OF JURISDICTION OVER NON-CORE MATTERS

### INTRODUCTION

COMES NOW, Anthony-Leo Montez et al., the Debtor in Possession in the above-captioned case (hereinafter "Debtor"), and respectfully moves this Honorable Court for an order waiving all fees associated with the Chapter 11 bankruptcy case. The Debtor in Possession, a sole proprietor operating a non-profit organization, lacks control over Estate credits and assets. Furthermore, the Court lack jurisdiction over non-core matters related to this case, including private property.

This motion is brought pursuant to *Title 28, United States Code, Section 1334, Federal Rules of Bankruptcy Procedure Rule 1006(c)*, and *Local Bankruptcy Rules* governing fee waivers in the District of Arizona.

## FACTUAL BACKGROUND

1. **Debtor's Status:**
Anthony et al. is a sole proprietor and non-profit organization currently operating as Debtor in Possession under Chapter 11 of the United States Bankruptcy Code.

2. **Lack of Control Over Estate Credits:**
The Debtor in Possession is unable to access or control the credits, funds, or assets of the Estate. Any funds tied to the Estate are under administrative oversight.

3. **Non-Profit Organization:**
As a non-profit organization, Anthony et al. has no profit motive and does not have the financial resources to pay the court fees required for this bankruptcy proceeding.


## STATEMENTS IN SUPPORT OF FEE WAIVER

1. **Court's Lack of Jurisdiction Over Non-Core Matters**:
Under *28 U.S.C. § 1334*, district courts have exclusive jurisdiction over bankruptcy cases, but bankruptcy courts are limited to hearing core matters. Non-core matters, including private property and private debts, fall outside this Court's jurisdiction. This motion asserts that the issues in this case—concerning private property—are non-core matters, making the Court's jurisdiction over such claims inappropriate.

2. **Financial Inability to Pay Fees:**
In accordance with Federal Rules of Bankruptcy Procedure Rule 1006(c), the Court has the discretion to waive fees for a debtor who lacks financial means. The Debtor in Possession, Anthony et al., qualifies for such relief due to the lack of control over Estate funds, as well as the financial limitations inherent in operating as a non-profit organization.

3. **Relevant Maxims of Law:**
Several legal principles support the waiver of fees in this case, including:

   - ***Vigilantibus non dormientibus aequitas subvenit***: The law aids those who are vigilant with their rights, not those who sleep on them.
   - ***Qui sentit commodum sentire debet et onus***: He who derives benefit from something must bear its burden.
   - ***Nemo tenetur ad impossibile***: No one is bound to do the impossible.

4. **Applicable Statutes at Large:**
The Debtor further invokes *12 Stat. 532* (Federal Reserve Act) regarding the use and control of credits. As the Debtor cannot access these credits under fractional reserve banking practices, this justifies the need for a fee waiver.

## RELIEF REQUESTED

WHEREFORE, the Debtor in Possession, Anthony et al., respectfully requests that the Court enter an order which grants:

1. Waiver of all fees associated with the Debtor's Chapter 11 bankruptcy case;
2. Acknowledgment of the Court's lack of jurisdiction over non-core matters, including private property claims; and
3. Such other and further relief that is just and proper.

DATED: September 18, 2024

Respectfully,

*Anthony-Leo: Montez*
*with Prejudice All Rights Reserve*

:ANTHONY- LEO MONTEZ ESTATE.
42080 W ANNE LANE,
MARICOPA, AZ [85138]
[Sole Proprietor / Debtor in Possession]

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion has been served on the following parties via USPS on September 18, 2024:

United States Trustee Office, Bankruptcy Analyst: Lorraine T. Korklan
Office of the United States Trustee, Paralegal Specialist, Dale Griffiths


:ANTHONY-LEO MONTEZ ESTATE.
[Sole Proprietor/Debtor in Possession