UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# MINUTE ENTRY ORDER

### Hearing Information

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 4:24-bk-05605-BMW |
| Debtor(s): | ANTHONY LEO MONTEZ, ESTATE |
| Chapter: | 11 |
| Date and Time: | 09/12/2024 10:15 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Wesley Stangret |

### Matter(s)

1. CHAPTER 11 CASE MANAGEMENT STATUS HEARING
R/M: 1 / 42

2. DEBTOR'S PETITION CHALLENGING BANKRUPTCY TRUSTEE FEES AND REQUEST FOR SHOW CAUSE AND EVIDENTIARY HEARING (SET ON THE COURT'S OWN MOTION)
VACATED: CONTINUED TO 10/15/2024 AT THE REQUEST OF THE RESPONDENT (DE 47, 51)
R/M: 21 / 42

3. DEBTOR'S MOTION TO COMPEL BANK TO OPEN DEBTOR-IN-POSSESSION ACCOUNT (SET ON THE COURT'S OWN MOTION)
R/M: 40 / 43

4. DEBTOR'S EMERGENCY MOTION FOR STAY OF UTILITY PAYMENTS PENDING RESOLUTION OF DEBTOR-IN-POSSESSION ACCOUNT ISSUES (SET ON THE COURT'S OWN MOTION)
R/M: 41 / 43

### Appearances
ELIZABETH AMOROSI, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE

### Proceedings
ITEM 1: CHAPTER 11 CASE MANAGEMENT STATUS HEARING

ITEM 2: DEBTOR'S PETITION CHALLENGING BANKRUPTCY TRUSTEE FEES AND REQUEST FOR SHOW CAUSE AND EVIDENTIARY HEARING (SET ON THE COURT'S OWN MOTION) VACATED: CONTINUED TO 10/15/2024 AT THE REQUEST OF THE RESPONDENT (DE 47, 51)

ITEM 3: DEBTOR'S MOTION TO COMPEL BANK TO OPEN DEBTOR-IN-POSSESSION ACCOUNT (SET ON THE COURT'S OWN MOTION)

ITEM 4: DEBTOR'S EMERGENCY MOTION FOR STAY OF UTILITY PAYMENTS PENDING RESOLUTION OF DEBTOR-IN-POSSESSION ACCOUNT ISSUES (SET ON THE COURT'S OWN MOTION)

The Court notes that Debtor has failed to appear.

The Court states that this Debtor appears to be an individual. The Debtor filed some forms for a business entity.

The Court asks if the U.S. Trustee's Office has had any discussions with Mr. Montez.

Ms. Amorosi reports that the U.S. Trustee's Office conducted the Initial Debtor Interview ("IDI"). Mr. Montez asserts that this not an individual case. Mr. Montez variously asserts that it is a sole proprietorship and a religious non-profit organization. It is unclear.

COURT: TO THE EXTENT THE DEBTOR IS AN ENTITY, THE DEBTOR MUST BE REPRESENTED BY COUNSEL. GIVEN THE DEBTOR'S FAILURE TO APPEAR, THE MATTERS ON CALENDAR TODAY WILL BE CONTINUED TO OCTOBER 15, 2024 AT 10:15 A.M. IF THE DEBTOR DOES NOT APPEAR AT THE CONTINUED HEARING ON OCTOBER 15, 2024, THEN THIS CASE WILL BE DISMISSED FOR FAILURE TO APPEAR AND ANSWER THE COURT'S QUESTIONS AND/OR FOR FAILURE TO IDENTIFY THE TYPE OF CASE.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED HEARING IS SET FOR OCTOBER 15, 2024 AT 10:15 A.M. ANY INTERESTED PARTIES MAY APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 161 812 3723 AND THE PASSCODE IS 734316.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM CLERK REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.