

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

CASE NUMBER: 04:24-bk-05605-BMW

IN RE: THE ESTATE OF ANTHONY LEO MONTEZ    CHAPTER 11
Debtor-in-possession, et al.

## PETITION TO CHALLENGE COURT'S POSITION AND REQUEST FOR RECONSIDERATION OF FEE WAIVER, AND ATTACHMENT OF SF-95 CLAIM

COMES NOW, Anthony Leo Montez, et al., the Debtor-in-Possession in the above-captioned Chapter 11 bankruptcy case, and respectfully presents this Petition to Challenge the Court's Position, Request for Reconsideration of Fee Waiver, and attaches an SF-95 form for a claim against public officials who have acted under color of law to deprive the Petitioner of constitutionally secured rights.

## I. INTRODUCTION

This petition seeks to challenge the court's unlawful actions regarding the Debtor's property, which is non-core in nature and thus beyond the jurisdiction of the Bankruptcy Court and Superior Court. The Debtor further presents that the Respondent's failure to adhere to the arbitration clause within the contract has breached the contract and violated the Debtor's rights. Additionally, the Debtor

challenges the denial of a fee waiver based on financial distress and files a claim against public officials under the Federal Tort Claims Act (FTCA), through the attached SF-95 form, for deprivation of secured rights.

## II. STATEMENT OF FACTS

1. On September 12, 2024, the Debtor was scheduled for a bankruptcy hearing.

2. The Clerk of the Court and the Trustee notified the Debtor that his presence was optional for the hearing.

3. Despite this notification, the Court proceeded with the hearing and held the Debtor liable for failing to appear.

4. The Court has scheduled another hearing on October 15, 2024 to address the Debtor's failure to appear.

5. The Debtor is a sole proprietor and filed for Chapter 11 bankruptcy as a debtor-in-possession.

6. The contract regarding the automobile contains a binding arbitration clause, requiring all disputes to be resolved by arbitration.

7. The Respondent has violated the arbitration agreement by failing to initiate arbitration and proceeding through the courts, in violation of the contract.

8. The Debtor applied for a fee waiver, demonstrating financial distress, but the court denied the waiver, stating that fee waivers are only available to natural persons.

9. The Debtor's rights under the Fourth, Fifth, Ninth, and Tenth Amendments have been violated by the seizure of property without due process and the unlawful denial of access to arbitration.

10. The Debtor attaches an SF-95 form as part of this petition to seek redress for the deprivation of secured rights while officials acted under the color of law.

## III. LEGAL ARGUMENT

### A. Court's Failure to Recognize Non-Core Jurisdiction

The Bankruptcy Court and Superior Court have acted in clear absence of jurisdiction by adjudicating non-core matters relating to the Debtor's private property, which must be heard in a constitutional venue. The Supreme Court has ruled in Northern Pipeline Construction Co. v. Marathon Pipe Line Co., 458 U.S. 50 (1982), that Article I courts such as the Bankruptcy Court cannot adjudicate private rights without consent, as they lack the judicial power of Article III courts.

In Stern v. Marshall, 564 U.S. 462 (2011), the Supreme Court further affirmed that Article I courts cannot hear non-core matters involving private property and contractual rights. Therefore, the seizure of my automobile, a non-core matter, by a non-core venue, violates constitutional principles.

### B. Breach of the Arbitration Agreement

The contract governing the automobile dispute includes a binding arbitration clause, which the Respondent breached by proceeding through the courts rather than arbitration. This failure to honor the arbitration agreement voids the Respondent's right to judicial relief. Under Rent-A-Center, West, Inc. v. Jackson, 561 U.S. 63 (2010), the Supreme Court held that arbitration agreements must be strictly enforced according to their terms, and courts must respect the parties' agreed method of dispute resolution.

Additionally, in AT&T Mobility LLC v. Concepcion, 563 U.S. 333 (2011), the Court ruled that parties who fail to abide by arbitration agreements forfeit their ability to seek judicial remedies.

## C. Denial of Fee Waiver

The denial of the fee waiver based on the premise that waivers are only available to "natural persons" is legally flawed. The Supreme Court has consistently ruled that entities such as sole proprietors are entitled to the same legal protections as individuals in numerous contexts. In Burwell v. Hobby Lobby Stores, Inc., 573 U.S. 682 (2014) and Citizens United v. FEC, 558 U.S. 310 (2010), the Court recognized that corporations and similar entities can invoke rights traditionally reserved for natural persons.

The Eleventh Circuit in In re Toledo, 170 F.3d 1340 (11th Cir. 1999) held that bankruptcy courts must carefully consider requests for fee waivers from distressed parties, including sole proprietors, particularly when those fees inhibit access to the judicial process.

## D. Unlawful Seizure and Deprivation of Rights

The seizure of the Debtor's automobile constitutes a violation of the Fourth Amendment right against unlawful searches and seizures, as recognized in Camara v. Municipal Court, 387 U.S. 523 (1967). Further, the Debtor's right to due process under the Fifth Amendment was violated when the courts proceeded without proper jurisdiction over this non-core matter. Murray's Lessee v. Hoboken Land & Improvement Co., 59 U.S. 272 (1856) establishes that due process must be provided in all actions affecting property.

The Ninth and Tenth Amendments guarantee my right to retain control over my private property and contractual agreements, as affirmed in McDonald v. City of Chicago, 561 U.S. 742 (2010), wherein the Court recognized the broad protections afforded to individual rights.

## IV. CASE CITATIONS

1. Northern Pipeline Construction Co. v. Marathon Pipe Line Co., 458 U.S. 50 (1982)
2. Stern v. Marshall, 564 U.S. 462 (2011)
3. Rent-A-Center, West, Inc. v. Jackson, 561 U.S. 63 (2010)
4. AT&T Mobility LLC v. Concepcion, 563 U.S. 333 (2011)
5. Burwell v. Hobby Lobby Stores, Inc., 573 U.S. 682 (2014)
6. Citizens United v. FEC, 558 U.S. 310 (2010)
7. In re Toledo, 170 F.3d 1340 (11th Cir. 1999)
8. Camara v. Municipal Court, 387 U.S. 523 (1967)
9. Murray's Lessee v. Hoboken Land & Improvement Co., 59 U.S. 272 (1856)
10. McDonald v. City of Chicago, 561 U.S. 742 (2010)
11. Ex parte Young, 209 U.S. 123 (1908)
12. Granfinanciera, S.A. v. Nordberg, 492 U.S. 33 (1989)
13. Wellness Int'l Network, Ltd. v. Sharif, 575 U.S. 665 (2015)
14. Thompson v. Magnolia Petroleum Co., 309 U.S. 478 (1940)
15. Hart v. Bayless Investment & Trading Co., 86 Ariz. 379, 346 P.2d 1101 (1959)

---

## V. CLAIM UNDER THE FEDERAL TORT CLAIMS ACT AND SF-95 FORM

Pursuant to the Federal Tort Claims Act (FTCA), the Debtor attaches an SF-95 form to formally seek redress for the deprivation of constitutionally secured rights by public officials acting under color of law. The seizure of my property, the denial of access to arbitration, and the failure to recognize the jurisdictional limits of the courts have resulted in undue harm and financial loss. These officials, by acting outside their lawful authority, must be held accountable for their violations.

## VI. RELIEF REQUESTED

The Petitioner respectfully requests the following relief:

1. Immediate reconsideration of the denial of the fee waiver in light of the financial distress demonstrated and the improper basis for denial.

2. A stay of all proceedings and enforcement actions related to the seizure of the Debtor's property, pending resolution of the arbitration issue.

3. A declaration that the arbitration agreement is enforceable, and that the Respondent's breach of the agreement prevents further judicial action.

4. A ruling that the courts acted without jurisdiction by failing to recognize the non-core nature of the dispute and that all actions taken by the court related to the automobile are void.

5. Acceptance of the SF-95 form for review and further action regarding the claim against public officials who have acted under color of law to deprive the Debtor of secured rights.

6. Any further relief that this Honorable Court deems just and proper.

Respectfully Presented,

*Anthony-Leo: Montez, Bene*

Anthony Montez
All Rights Reserved.
With Prejudice. Without Recourse.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petition was served upon all parties of record by USPS on this 9th day of October, 2024.

Anthony Montez
All Rights Reserved.
With Prejudice. Without Recourse.

Katie Hobbs
Governor



Elizabeth
Alvarado-Thorson
Director

# ARIZONA DEPARTMENT OF ADMINISTRATION

RISK MANAGEMENT DIVISION
Mailing Address: 1802 W. Jackson Street #93, Phoenix, Arizona 85007
Physical Address: 100 N. 15th Avenue, Suite 301, Phoenix, Arizona 85007
(602) 542-2182

The Honorable Adrian Fontes  
Secretary of State  
1700 W Washington Street, 7th Floor  
Phoenix, AZ 85007

May 1, 2023

RE: A.R.S. § 38-251(A)

Dear Secretary of State Fontes:

A.R.S. § 38-251(A) requires the Governor shall obtain and deliver to the Secretary of State a blanket bond, payable to the State, in the principal amount of $100,000 for each state officer and employee conditioned on the faithful performance of duty.

To fulfill this obligation, as authorized by A.R.S. 41-621, the State carries Crime Insurance with a $750,000 deductible, as outlined below.

2023- 2024 GOVERNMENT CRIME POLICY
INSURED: THE STATE OF ARIZONA, ITS AGENCIES, UNIVERSITIES, BOARDS AND COMMISSIONS

| Effective Date | Expiration Date | Layer /Limit/Attachment | Carrier | Policy No. |
|---|---|---|---|---|
| 5/1/2023 | 5/1/2024 | 4x Zurich $5M xs $20M | Zurich American Insurance Company | FID 3389813-02 |
| 5/1/2023 | 5/1/2024 | 3x Nationwide Crime $5M xs $15M | National Casualty Company (Nationwide) | XJO2308823 |
| 5/1/2023 | 5/1/2024 | 2x Starr Crime $5M xs $10M | Starr Indemnity & Liability Company | 1000058453231 |
| 5/1/2023 | 5/1/2024 | 1x XL Specialty Crime $5M xs $5M | XL Specialty Insurance Company | ELU189569-23 |
| 5/1/2023 | 5/1/2024 | 0x AIG Crime $5M $750,000 SIR / Deductible | National Union Fire Ins. Of Pitt., PA (AIG) | 05-766-69-47 |

Keith Johnson  
State Risk Manager  
ADOA - Risk Management Division State of Arizona  
100 North 15th Avenue, Suite 301, Phoenix, AZ 85007  
p: 602- 542-1848 / Keith.Johnson@azdoa.gov  
https://staterisk.az.gov

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Officer Brenda Moody Whinery<br>U.S. BANKRUPTCY COURT<br>230 1ST Avenue Suite #101<br>Phoenix, AZ 85003 | Anthony-Leo: Montez, Beneficiary<br>C/O 42080 W Anne Lane<br>Nation: Maricopa, Arizona [85138] |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 10/01/1985 | SINGLE | 7/11/2024 | 12:00pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The Bankruptcy judge, Brenda Moody Whinery has violated my Comstitional secured rights to property contract and due process. The Civil Rights Act of 1866 makes it a criminal offense for any individual acting under color of law to deprive any person of their rights. Brenda has knowingly and intentionally violated these rights. Together, with the U.S. trustee, created a Trust in my name, without my consent, and the imposition of the Trustee over my estate are clear violations of my rights under the Constitution and the Civil Rights Act of 1866. Additionally, let this serve as notice that the Bankruptcy judge failed to uphold the automatic stay provisions of the Bankruptcy Code. Her failure to intervene and uphold my rights will not go unanswered. She has acted withwillful disregard for the law.

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
C/O Anthony-Leo: Montez, Beneficiary
42080 W Anne Lane
Nation: Maricopa, Arizona

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

The Estate of ANTHONY LEO MONTEZ
Bankruptcy case no: 4:24-bk-05605-BMW

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

The Estate of ANTHONY LEO MONTEZ
BANKRUPTCY CASE NO:4:24-bk-05605-BMW

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Deanna Ruiz | C/O 4240 S<br>Arizona Ave<br>Chandler, Arizona<br>[85248] |

## 12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Estate of Anthony Leo Montez | Yes | N/A | $100,000 per claim or to be determined.. |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| by: Anthony-Leo: Montez Beneficiary | 602 461-2994 | 10/01/24 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident Insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

N/A

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☒ No | **17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A                    NO

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

N/A                    N/A AM

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Ilene J. Lashinsky<br>U.S. Trustee for the U.S. BANKRUPTCY COURT 230 1ST Avenue Suite #101<br>Phoenix, AZ 85003 | Anthony-Leo: Montez, Beneficiary<br>C/O 42080 W Anne Lane<br>Nation: Maricopa, Arizona [85138] |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 10/01/1985 | SINGLE | 7/11/2024 | 12:00pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Bankruptcy Case No:4-24-bk-05605-BMW

The Bankruptcy Trustee has violated my Comstitional secured rights to property contract and due process, The Civil Rights Act of 1866 makes it a criminal offense for any individual acting under color of law to deprive any person of their rights, Ilene J. Lashinsky has knowingly and intentionally violated these rights. Together, with the Bankruptcy Analyst, created a Trust in my name, without my consent, and the imposition of the Trustee over my estate are clear violations of my rights under the Constitution and the Civil Rights Act of 1866. Additionally, let this serve as notice that the Bankruptcy judge failed to uphold the automatic stay provisions of the Bankruptcy Code. Her failure to intervene and uphold my rights will not go unanswered. She has acted withwillful disregard for the law.

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code).

C/O Anthony-Leo: Montez, Beneficiary
42080 W Anne Lane
Nation: Maricopa, Arizona

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side).

The Estate of ANTHONY LEO MONTEZ
Bankruptcy case no: 4:24-bk-05605-BMW

## 10. PERSONAL INJURY/WRONGFUL DEATH

**STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.**

The Estate of ANTHONY LEO MONTEZ
BANKRUPTCY CASE NO:4:24-bk-05605-BMW

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Deanna Ruiz | C/O 4240 S Arizona Ave Chandler, Arizona [85248] |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Estate of Anthony Leo Montez | Yes | N/A | $100,000 per claim or to be determined.. |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| by: Anthony-Leo: Montez, Beneficiary | (602)461-2994 | 10/01/24 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

| | INSURANCE COVERAGE | |
|---|---|---|

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15.** Do you carry accident Insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [X] No

N/A

**16.** Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes  [X] No   |   **17.** If deductible, state amount.

N/A

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A        NO

**19.** Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| BK Analysts, Lorraine T. Kirkland,. U.S. BANKRUPTCY COURT 230 1ST Avenue Suite #101 Phoenix, AZ 85003 | Anthony-Leo: Montez, Beneficiary C/O 42080 W Anne Lane Nation: Maricopa, Arizona [85138] |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 10/01/1985 | SINGLE | 7/11/2024 | 12:00pm |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Bankruptcy Case No:4-24-bk-05605-BMW

The Bankruptcy Analyst has violated my Comstitional secured rights to property contract and due process. The Civil Rights Act of 1866 makes it a criminal offense for any individual acting under color of law to deprive any person of their rights. Lorraine T. Korklan has knowingly and intentionally violated these rights. Together, with the U.S. trustee, created a Trust in my name, without my consent, and the imposition of the Trustee over my estate are clear violations of my rights under the Constitution and the Civil Rights Act of 1866. Additionally, let this serve as notice that the Bankruptcy judge failed to uphold the automatic stay provisions of the Bankruptcy Code. Her failure to intervene and uphold my rights will not go unanswered. She has acted withwillful disregard for the law.

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code).

C/O Anthony-Leo: Montez, Beneficiary
42080 W Anne Lane
Nation: Maricopa, Arizona

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED.** (See instructions on reverse side).

The Estate of ANTHONY LEO MONTEZ
Bankruptcy case no: 4:24-bk-05605-BMW

## 10. PERSONAL INJURY/WRONGFUL DEATH

**STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.**

The Estate of ANTHONY LEO MONTEZ
BANKRUPTCY CASE NO:4:24-bk-05605-BMW

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Deanna Ruiz | C/O 4240 S Arizona Ave Chandler, Arizona [85248] |

## 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| Estate of Anthony Leo Montez | Yes | N/A | $100,000 per claim or to be determined.. |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| by: Anthony-Leo: Montez, Beneficiary | 602 461-2994 | 10/01/24 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

95-109

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [X] No

N/A

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?**   ☐ Yes   [X] No   **17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A                    NO

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [X] No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK