# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In Re. ANTHONY LEO MONTEZ, ESTATE

Debtor(s)

Case No. 24-05605

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2024

Petition Date: 07/11/2024

Months Pending: 3

Industry Classification: 8 1 3 1

Reporting Method:    Accrual Basis ●    Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

### Supporting Documentation (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

:Anthony-Leo Montez.
Signature of Responsible Party

10/15/2024
Date

:Anthony-L Montez
Printed Name of Responsible Party

42080 W Anne Lane, Maricopa, AZ [85138]
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

Debtor's Name ANTHONY LEO MONTEZ, ESTATE                                    Case No. 24-05605

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $800 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $793 | $0 |
| d. Cash balance end of month (a+b-c) | $7 | |
| e. Disbursements made by third party for the benefit of the estate | $497 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,290 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯    Market ◯    Other ⦿    (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

|    | xcix |   |   |   |   |   |   |
|----|------|---|---|---|---|---|---|
|    | c    |   |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

### Part 6: Postpetition Taxes

|     |                                                                      | Current Month | Cumulative |
|-----|----------------------------------------------------------------------|---------------|------------|
| a.  | Postpetition income taxes accrued (local, state, and federal)        | $0            | $0         |
| b.  | Postpetition income taxes paid (local, state, and federal)           | $0            | $0         |
| c.  | Postpetition employer payroll taxes accrued                          | $0            | $0         |
| d.  | Postpetition employer payroll taxes paid                             | $0            | $0         |
| e.  | Postpetition property taxes paid                                     | $0            | $0         |
| f.  | Postpetition other taxes accrued (local, state, and federal)         | $0            | $0         |
| g.  | Postpetition other taxes paid (local, state, and federal)            | $0            | $0         |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ○ No ● | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ No ● | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ No ● | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ● | |
|    | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ○ No ● | |
|    | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
|    | General liability insurance? | Yes ○ No ● | |
|    | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ | |

Debtor's Name ANTHONY LEO MONTEZ, ESTATE                         Case No. 24-05605

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| :Anthony-L Montez | :Anthony-L Montez. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor-in-Possession, Trustee | 10/15/2024 |
| Title | Date |

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name ANTHONY LEO MONTEZ, ESTATE         Case No. 24-05605



PageThree

PageFour

   ' Montez

# Payment Confirmation

**BillPay@paymentus.com** <BillPay@paymentus.com>                                Tue, Sep 24, 2024 at 1:44 PM
Reply-To: Billpay@paymentus.com
To: anthony            estate@gmail.com

**MONTEZ,**

We are pleased to confirm your payment with Global Water. Below is the summary of your payment transaction. Your payment has been received and will be reflected in your account within 24 hours of the payment date shown. Thank you for your continued relationship with Global Water.

| | |
|---|---|
| Confirmation Number: | 3871882128 |
| Payment Date: | Sep 24, 2024 2:44:31 PM |
| Payment Amount: | $250.00 |
| Total Amount Charged: | $250.00 |

**Contact Information**

| | |
|---|---|
| First Name: | |
| Last Name: | Montez |
| ZIP code: | 85138 |
| Email Address: | anthonyleomontezestate@gmail.com |

**Account Information**

| | |
|---|---|
| Payment Type: | Deposit |
| Account Number: | |
| Payment Method: | E-Check |

**Payment Method Information**

| | |
|---|---|
| Account Type: | |
| Account Holder Name: | |
| Account Number: | *****1    08 |
| Routing Number: | ***:    78 |



# PAYMENT REPORT

**Account:** 02
Name: MONTEZ ANTHONY L
Address: ANNE LN
MARICOPA AZ
Zip: 85138
Service Address: ANNE LN
Meter: 232826
Connect Date: 09/05/24

| Payment Date | Amount | Check Nbr | Approval Code |
|---|---|---|---|
| | | 0 | N/A |
| | | 0 | |
| | | 0 | N/A |
| | | 0 | |
| | | 0 | N/A |
| | | 0 | |
| | | 0 | N/A |
| | | 0 | |
| | | 0 | N/A |
| | | 0 | |
| | | 0 | N/A |
| | | 0 | ... |
| 09/30/24 | 30.00 | 0 | N/A |
| 09/30/24 | -100.00 | 0 | 956862 |
| 09/25/24 | 12.00 | 0 | N/A |
| 09/25/24 | -40.00 | 0 | 095286 |
| 09/22/24 | 15.00 | 0 | N/A |
| 09/22/24 | -50.00 | 0 | 042112 |
| 09/19/24 | -1,548.71 | 0 | N/A |
| 09/19/24 | -100.00 | 0 | 043708 |

*"Prepaid Debit Card* to pay for estate bills. While in Bankruptcy!

$100.00

```
DEBIT LOAD     100.00
CARD # 605812006043744484B

You could win a $1000 GiftCard!
Visit survey.walmart.com#7TN5BM1JZ16T
For more details, see back of receipt.
```

# Walmart

```
WM Supercenter
520-568-0846 Mgr. DARNELL
41650 W MARICOPA CASA GRANDE HWY
       MARICOPA AZ 85138
ST# 04430 OP# 009036 TE# 36 TR# 00389

          # ITEMS SOLD 2
  TC# 2632 4087 1041 4381 1930 3

ONE DEBIT    196742050530      1.00 O
DEBIT LOAD   605388029450    100.00 O
PAPER CLIPS  844106057170      1.27 X
                  SUBTOTAL    102.27
          TAX1  8.7000 %        0.11
                     TOTAL    102.38
                DEBIT TEND    102.38
                CHANGE DUE      0.00

EFT DEBIT    PAY FROM PRIMARY
   102.38  TOTAL PURCHASE
ACCOUNT #- 2022 S O REF # 427400298987
NETWORK ID. 0000 APPR. CODE 083337
TERMINAL # 51734535
       09/30/24      16:33:36

EFT DEBIT    PAY FROM PRIMARY
   100.00  DEBIT LOAD
NETWORK ID.  APPR. CODE
IC00000000000906033168
```



Get free delivery from this store with Walmart+

Scan for 30-day free trial.

```
Low prices You Can Trust. Every Day.
    09/30/24     16:33:48
Your Card has been activated. For
customer service, please call the
number on the back of your package or
card. No in-store refunds. Please
keep this receipt for your records.
```



Account Number: 87010135526303

| Amount Due | |
|---|---|
| Due By 10/01/2024 | ~~$1,158.60~~ |
| If received after 10/11/2024, pay | ~~$1,158.30~~ $463.32 |
| Please designate how you want any additional funds applied. | |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ 463.32 |

*Please See Attached*
*Document*

Pioneer Title Agency, Inc-Trust
PO Box 45467
Phoenix, AZ 85064

001 49 000000870101355263O3 0600000105980 0007880 3

---

**Western Union MONEY ORDER**

FRYS FOOD STORE #672    19-648311935

$463.32

PAY EXACTLY FOUR HUNDRED SIXTY-THREE DOLLARS AND THIRTY-TWO CENTS

PAY TO THE ORDER OF: Pioneer Title Agency, Inc.-Trust #87010135526303
42080 W. Anne Lane Maricopa, AZ

under duress UCC1-308
Anthony-Leo: Montez

MOBILE DEPOSIT PROHIBITED

⑆102100400⑆ 40196483119355⑈

---

MONEY ORDER RECEIPT - NON NEGOTIABLE

Aug &
Sept. 2024 payment

Payable to: Pioneer Title Agency

* 19648311935 *