

FILED USBC CLRK PHX
2024 OCT 24 PM3:48

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** THE ESTATE OF ANTHONY LEO MONTEZ          **CHAPTER 11**
Debtor-in-possession, et al.

## MOTION AND ANSWER TO COURT'S DIRECTIVE ISSUED DURING PROCEEDINGS.

COMES NOW the Debtor, Anthony Leo Montez, et al., in my capacity as the sole proprietor of ANTHONY LEO MONTEZ ORGANIZATION, filing this motion in response to the court's directive issued during proceedings on October 15, 2024. The court presented an ultimatum demanding that I either retain legal counsel or refile as an individual debtor under Chapter 11 of the Bankruptcy Code. However, I respectfully petition the court to first demonstrate and place upon the record the statutory and constitutional authority for denying my right to appear in propria persona on behalf of my sole proprietorship.

## INTRODUCTION:

I am informed and believe that as the sole proprietor of ANTHONY LEO MONTEZ ORGANIZATION, et al., I retain the right to represent my own interests before this honorable court. The distinction between a sole proprietorship and other forms of business entities lies in the fact that the proprietor and the business are legally considered one and the same. Thus, I assert my natural and unalienable right to speak for my business as though speaking for myself.

Pursuant to the maxim of law, "Quod principi placuit legis habet vigorem" (What pleases the sovereign has the force of law), only laws duly enacted by legislative authority bind the people. Accordingly, unless it can be shown by statutory provision

or constitutional mandate that I, as the sole proprietor, must be represented by counsel in this proceeding, I reject any suggestion that I cannot act sui juris and conduct the business of this case personally.

**Maxim of Law:** "Nullus videtur dolo facere qui suo jure utitur" (No one is considered to act deceitfully who exercises his own legal right). Exercising my right to defend my own affairs cannot be lawfully construed as an act of harm, deception, or illegality.

Additionally, I petition the court to review its jurisdiction in this matter under Article I, Section 8, Clause 4 of the United States Constitution, and relevant provisions of the Bankruptcy Code, which make no express demand that a sole proprietor must retain counsel in Chapter 11 proceedings. In fact, I contend that any such requirement would be in violation of my rights under the First Amendment, which safeguards my right to petition the court and seek redress of grievances without unnecessary obstruction.

Finally, I am entitled to the protection and benefit of 28 U.S.C. § 1654, which guarantees the right to self-representation in federal courts. Any deviation from this principle must be clearly demonstrated by applicable law, and I call upon this court to provide such legal justification. Until such proof is placed on the record, I respectfully decline to comply with the ultimatum issued by the court.

---

**CONCLUSION:**

THEREFORE, the Debtor petitions this honorable court to place on record the statutory and constitutional authority denying my right to represent myself as a sole proprietor in this Chapter 11 proceeding. Absent such authority, I request that the court allow me to continue representing my interests without prejudice and without the imposition of unnecessary legal counsel.

Respectfully presented this 24th day of October, 2024.

*: Anthony-Leo: Montez.*

ANTHONY LEO MONTEZ
Sole Proprietor, Debtor-in-Possession