# TIFFANY & BOSCO
**P.A.**

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Movant

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Anthony Leo Montez, Estate<br><br>Debtor.<br>U.S. Bank National Association<br><br>Movant,<br>vs.<br><br>Anthony Leo Montez, Estate, Debtor.<br><br>Respondents. | Chapter 11<br><br>Case No. 4:24-bk-05605-BMW<br><br>**NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE**<br><br>RE: Real Property Located at<br>42080 W Anne Ln<br>Maricopa, AZ 85138 |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

    U.S. Bank National Association
    c/o Leonard J. McDonald, Esq.
    2525 East Camelback Road
    Suite 300
    Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

DATED this 25th day of October, 2024.

TIFFANY & BOSCO, P.A.

By /s/ Leonard J. McDonald #014228
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

Copy of the foregoing was
mailed this 25th day of October, 2024.

Anthony Leo Montez, Estate
42080 W Anne Lane
Maricopa AZ 85138
Debtors

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ  85003

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

*See additional Parties on next page from the Creditor Mailing Matrix.*

By:  Julie Bush

Label Matrix for local noticing
0970-4
Case 4:24-bk-05605-BMW
District of Arizona
Tucson
Fri Oct 25 12:48:57 MST 2024

ANTHONY LEO MONTEZ, ESTATE
42080 W ANNE LANE
MARICOPA, AZ 85138-8637

Ally Capital c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

ALLY FINANCIAL
ATTN: BANKRUPTCY DEPT.
PO BOX 130424
ROSEVILLE, MN 55113-0004

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES, CA 90096-8000

APELLES
PO BOX 1578
MIDDLETOWN, OH 45042-7395

BEZOS INVESTMENTS EXPRESS 1RUST
4240 S. ARIZONA AVE
PMB #1043
CHANDLER, AZ 85248-4593

CAPITAL ONE
PO BOX 71087
CHARLOTTE, NC 28272-1087

CREDIT ONE
PO BOX 60500
CITY OF INDUSTRY, CA 91716-0500

DISCOVER
PO BOX 30421
SALT LAKE CITY, UT 84130-0421

(p)ELECTRICAL DISTRICT NO 3
ATTN ED3
41630 W LOUIS JOHNSON DR
MARICOPA AZ 85138-5402

FIRSTSOURCE ADVANTAGE, LLC.
205 BRYANT WOODS S
AMHERST, NY 14228-3609

GLOBAL WATER RESOUR CES
21410 N 19TH AVE STE. 220
PHOENIX, AZ 85027-2758

MARYVALE JUSTICE COURTS
10420 W VANBUREN ST. #102
AVONDALE, AZ 85323-5330

MAXWELL & MORGAN
4854 E BASELINE RD. #104
MESA, AZ 85206-4636

MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REJNA
STE. 100
SAN DIEGO, CA 92108-3007

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

ORBITEL COMMUNICATIONS
21116 N. JOHNWAYNE PKWY ,B-9
MARICOPA, AZ 85139-2932

PIONEER TITLE AGENCY
PO BOX 45467
PHOENIX, AZ 85064-5467

SENTRY MANAGEMENT
4605 E. EL WOOD ST
PHOENIX, AZ 85040-1973

SOUTHWEST GAS CO.
PO BOX 24531
OAKLAND, CA 94623-1531

SYNCHRONY BANK (AUTO CARE)
ATTN: BANKRUPTCY DEPT.
PO BOX 965061
ORLANDO, FL 32896-5061

SYNCHRONY BANK (CARE CREDIT)
ATTN: BANKRUPTCY DEPT.
PO BOX 965061
ORLANDO, FL 32896-5061

U.S. Bank National Association
Seventh Floor Camelback Esplanade II
2525 E. Camelback Rd
Phoenix, AZ 85016-4223

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ELECTRICAL DISTRICT NO. 3<br>41630 W LOUIS JOHNSON DR.<br>MARICOPA, AZ 85138 | U.S. Bank National Association<br>c/o U.S. Bank Home Mortgage,<br>a division of U.S. Bank N.A.<br>2800 Tamarack Road<br>Owensboro, Kentucky 42301 | US BANK<br>800 NICOUET MALL<br>MINNEAPOLIS, MN 55402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (d)ANTHONY LEO MONTEZ, ESTATE<br>42080 W ANNE LANE<br>MARICOPA AZ 85138-8637 | End of Label Matrix<br>Mailable recipients  26<br>Bypassed recipients   2<br>Total  28 |