

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** THE ESTATE OF ANTHONY LEO MONTEZ  **CHAPTER 11**
Debtor-in-possession, et al.

## NOTICE TO THE COURT REGARDING OFF-RECORD COMMUNICATIONS

To:
The Honorable Judge Moody,
United States Bankruptcy Court
District of Arizona
230 N. 1st Ave #101
Phoenix, AZ 85003

COMES NOW the Debtor, Anthony Montez, et al., in my capacity as the sole proprietor, and hereby notifies the Court of my objection to improper off-record communications and expresses my concern over actions which appear to obstruct my access to due process, as well as my request for formal response to my pending motion.

### 1. Clarification of Position
As a natural living man, I have exercised my right to opt out of all electronic communications and expect that any and all communications related to this case occur strictly within formal court proceedings or through written documentation filed in the court record.

### 2. Objection to Off-Record Communications
I recently received an unsolicited phone call from the Clerk's Office, purportedly at the Judge's request, seeking to discuss this case. This communication was inappropriate, as it circumvented formal court procedures. I respectfully object to such methods of

communication, as they lack the transparency and accountability required in official legal proceedings. I assert my right to have all case-related instructions, directives, or responses made a matter of official court record.

### 3. Reaffirmation of Motion on Record
On October 24, 2024, I filed a motion requesting that the court provide a formal response to my position regarding the representation requirements in this Chapter 11 case. I respectfully request that the Court address this motion formally, on the record, with appropriate legal justification as requested therein.

### 4. Objection to Gatekeeping and Obstruction of Access to Justice
At this time, the actions taken by court personnel appear to constitute "gatekeeping", effectively hindering my access to the judicial process and obstructing my ability to proceed with my case. I am being denied the fair and impartial access to the Court guaranteed by my constitutionally secured rights. The lack of a formal response to my motion and the use of private communications by court staff create an impression that my right to a fair hearing and due process is being subverted. I request that the Court take immediate action to remove any such impediments.

### 5. Preservation of Rights for Appeal
I respectfully notify this Court that any dismissal or adverse action resulting from unresolved procedural issues or off-record communications will be challenged as a violation of my due process rights. I hereby reserve all rights to appeal should such violations occur.

---

THEREFORE, I respectfully request that the Court confirm that all future case-related communications will be filed on record and that my pending motion be responded to within formal court procedures, ensuring the transparency and due process rights to which I am entitled.

Respectfully presented this 25th day of October, 2024.

*Anthony-Leo: Montez*
Anthony Leo Montez
Sole Proprietor, Debtor-in-Possession
All Rights Reserved. Without Recourse. With Prejudice.