THIS ORDER IS APPROVED.

Dated: October 30, 2024

**Brenda Moody Whinery, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ANTHONY LEO MONTEZ, ESTATE, | Case No. 4:24-bk-05605-BMW |
| Debtor. | **ORDER DISMISSING CASE** |

On July 11, 2024, a petition for relief under Chapter 11 of the Bankruptcy Code was filed under the name Anthony Leo Montez, Estate. Schedules and forms applicable in non-individual cases were filed with the petition.

On October 15, 2024, the Court held a case management status hearing, at which hearing Anthony Leo Montez appeared. At that hearing, the Court set October 25, 2024 as the deadline for the debtor to either: (a) file individual schedules and forms, in the event the debtor is an individual or an individual operating a sole proprietorship; or (b) obtain counsel, in the event the debtor is an entity[1] (the "October 15 Order"). The Court put all parties on notice that this case would be dismissed in the event individual schedules and forms were not timely filed or counsel was not timely retained.

/ / /

/ / /

---

[1] Artificial entities must be represented by counsel in order to appear in federal court. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993); *In re Inglewood Woman's Club, Inc.*, BAP No. AZ-16-1084-JuLB, 2017 WL 2492530, at *3 (B.A.P. 9th Cir. June 7, 2017), *aff'd,* 708 F. App'x 392 (9th Cir. 2017).

The debtor failed to comply with this Court's October 15 Order.

Based upon the foregoing, and good cause shown;

**IT IS HEREBY ORDERED** that this case is dismissed.

**DATED AND SIGNED ABOVE.**

Notice to be sent through the Bankruptcy Noticing Center ("BNC") to the following:

Anthony Leo Montez, Estate
42080 W Anne Lane
Maricopa, AZ  85138
*Debtor*

All interested parties

Notice of Electronic Filing to be sent via email, through the CM/ECF System, to ALL registered users, including:

Renee Sandler Shamblin
Office of the U.S. Trustee
*Counsel for the U.S. Trustee*