# Notice Recipients

District/Off: 0970–4    User: admin    Date Created: 10/30/2024
Case: 4:24–bk–05605–BMW    Form ID: pdf002    Total: 29

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr         U.S. Bank National Association
                                                                                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty        LEONARD J. MCDONALD, JR.        ecf@tblaw.com
                                                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         ANTHONY LEO MONTEZ, ESTATE        42080 W ANNE LANE        MARICOPA, AZ 85138
cr         Ally Capital c/o AIS Portfolio Services, LLC        4515 N Santa Fe Ave. Dept. APS        Oklahoma City, OK 73118
smg        AZ DEPARTMENT OF REVENUE        BANKRUPTCY & LITIGATION        1600 W. MONROE, 7TH FL.        PHOENIX, AZ 85007–2650
17396260   ALLY FINANCIAL        ATTN: BANKRUPTCY DEPT.        PO BOX 130424        ROSEVILLE, MN 55113
17396249   AMERICAN EXPRESS        PO BOX 96001        LOS ANGELES, CA 90096–8000
17456894   ANTHONY LEO MONTEZ, ESTATE        42080 W ANNE LANE        MARICOPA AZ 85138
17396253   APELLES        PO BOX 1578        MIDDLETOWN, OH 45042–1578
17396241   BEZOS INVESTMENTS EXPRESS 1RUST        4240 S. ARIZONA AVE        PMB #1043        CHANDLER, AZ 85248
17396251   CAPITAL ONE        PO BOX 71087        CHARLOTTE, NC 28272–1087
17396252   CREDIT ONE        PO BOX 60500        CITY OF INDUSTRY, CA 91716–0500
17396250   DISCOVER        PO BOX 30421        SALT LAKE CITY, UT 84130–0421
17396242   ELECTRICAL DISTRICT NO. 3        41630 W LOUIS JOHNSON DR.        MARICOPA, AZ 85138
17396254   FIRSTSOURCE ADVANTAGE, LLC.        205 BRYANT WOODS S        AMHERST, NY 14228–3609
17396243   GLOBAL WATER RESOUR CES        21410 N 19TH AVE STE. 220        PHOENIX, AZ 85027
17396248   MARYVALE JUSTICE COURTS        10420 W VANBUREN ST. #102        AVONDALE, AZ 85323
17396255   MAXWELL & MORGAN        4854 E BASELINE RD. #104        MESA, AZ 85206
17396256   MIDLAND CREDIT MANAGEMENT        350 CAMINO DE LA REJNA        STE. 100        SAN DIEGO, CA 92108
17488590   Midland Credit Management, Inc.        PO Box 2037        Warren, MI 48090
17396244   ORBITEL COMMUNICATIONS        21116 N. JOHNWAYNE PKWY ,B–9        MARICOPA, AZ 85139
17396246   PIONEER TITLE AGENCY        PO BOX 45467        PHOENIX, AZ 85064
17396247   SENTRY MANAGEMENT        4605 E. EL WOOD ST        PHOENIX, AZ 85040
17396245   SOUTHWEST GAS CO.        PO BOX 24531        OAKLAND, CA 94623–1531
17396257   SYNCHRONY BANK (AUTO CARE)        ATTN: BANKRUPTCY DEPT.        PO BOX 965061        ORLANDO, FL 32896–5061
17396258   SYNCHRONY BANK (CARE CREDIT)        ATTN: BANKRUPTCY DEPT.        PO BOX 965061        ORLANDO, FL 32896–5061
17525165   U.S. Bank National Association        Seventh Floor Camelback Esplanade II        2525 E. Camelback Rd        Phoenix, AZ 85016
17469032   U.S. Bank National Association        c/o U.S. Bank Home Mortgage,        a division of U.S. Bank N.A.        2800 Tamarack Road        Owensboro, Kentucky 42301
17396259   US BANK        800 NICOUET MALL        MINNEAPOLIS, MN 55402
                                                                                         TOTAL: 27