# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−4 | User: admin | Date Created: 10/30/2024 |
| Case: 4:24−bk−05605−BMW | Form ID: pdf008 | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr        U.S. Bank National Association

       TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      U.S. TRUSTEE      USTPRegion14.PX.ECF@USDOJ.GOV
aty      LEONARD J. MCDONALD, JR.      ecf@tblaw.com
aty      RENEE SANDLER SHAMBLIN      renee.s.shamblin@usdoj.gov

       TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      ANTHONY LEO MONTEZ, ESTATE      42080 W ANNE LANE      MARICOPA, AZ 85138
cr      Ally Capital c/o AIS Portfolio Services, LLC      4515 N Santa Fe Ave. Dept. APS      Oklahoma City, OK 73118

       TOTAL: 2