FILED USBC CLRK PHX
2024 OCT 30 PM 2:49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Debtor-in-possession, et al.

**CHAPTER 11**

## MOTION FOR COURT TO USE PLAIN LANGUAGE AND AVOID LEGAL JARGON ("LEGALESE") IN ALL COMMUNICATIONS

To:
The Honorable Judge Moody,
United States Bankruptcy Court
District of Arizona
230 N. 1st Ave #101
Phoenix, AZ 85003

COMES NOW the Debtor, Anthony Montez, et al., in my capacity as the sole proprietor, respectfully petitioning this Court to conduct all written and verbal communications in plain, standard English, free from "legalese" or specialized legal terminology that could obscure my understanding as I proceed propria persona in this matter.

## 1. Necessity for Plain Language
I, as a natural living man, representing myself in this matter, respectfully seek an equitable proceeding that does not rely on language exclusive to trained members of the legal profession. Legalese is a language distinct from standard English, understood primarily by those formally educated in law. It is therefore burdensome and disadvantageous for a person such as myself, who has not received specialized legal training, to navigate this process if complex legal terms or unfamiliar terminology are used. Maxim of Law: "Lex semper intendit quod convenit rationi" (The law always intends what is agreeable to reason). Reason dictates that justice should be accessible to all individuals without specialized knowledge.

## 2. Right to Comprehend Judicial Proceedings
As a natural living man without formal training in legal language, I am entitled to participate fully and fairly in this judicial process. Article I, Section 9 of the United States Constitution prohibits any denial of my right to participate, understand, and defend my position without the barrier of unfamiliar language. I respectfully petition this Court to ensure that all communications and orders in these proceedings be rendered in plain English, which a layperson can comprehend, so that I may fully understand, respond, and act in accordance with the Court's directives.

## 3. Legal Basis and Precedent
The expectation that legal processes should be understandable aligns with foundational principles of American jurisprudence. Federal courts, including the Bankruptcy Court, are established to serve the people, and accessibility is essential to fulfilling the public's constitutional rights. My petition is consistent with principles reflected in 28 U.S.C. § 1654, which affirms the right of parties to self-representation without restriction or disadvantage. This principle would be undermined should the Court utilize language inaccessible to the common person. Maxim of Law: "Injuria non excusat injuriam" (A wrong does not excuse a wrong). The use of inaccessible language constitutes an injurious burden, and no obligation exists to excuse it.

## 4. Request for Equal and Fair Access to the Court
In this petition, I seek an unbiased and level foundation upon which to address my case. I respectfully assert that plain English is a matter of equity, ensuring the Court's orders, instructions, and communications are understandable and straightforward, thereby upholding my constitutional right to due process. Maxim of Law: "Salus populi suprema lex" (The safety of the people is the supreme law). The people's right to justice includes the right to understand the proceedings that impact their liberties and property. Language accessible to all is thus essential to ensuring a fair hearing.

## 5. Preservation of Rights and Notification of Intent to Appeal
Should this Court fail to accommodate this request and continue to issue orders or communications in a language beyond my comprehension as a natural living man, I reserve all rights to appeal on the basis of inequity and procedural unfairness. My right to a fair proceeding free from barriers such as obscure language will be safeguarded to the fullest extent permissible by law.

THEREFORE, I respectfully request that this Court conduct all communications in plain English, omitting specialized legal jargon ("legalese") to ensure a fair and accessible proceeding. It is only through clear, plain communication that this proceeding can reflect justice, equity, and the transparency the law requires.

Respectfully presented this 28th of October, 2024.

*: Anthony-Leo: Montez*

Anthony Leo Montez
Sole Proprietor, Debtor-in-Possession
All Rights Reserved. Without Recourse. With Prejudice.