# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Debtor-in-possession, et al.

**CHAPTER 11**

## PETITION OPPOSING THE UNITED STATES TRUSTEE'S MOTION TO SUPPRESS MATTERS OF PRIVATE PROPERTY AND CONSTITUTIONAL RIGHTS FROM ARTICLE III COURT

To:
The Honorable Judge Moody,
United States Bankruptcy Court
District of Arizona
230 N. 1st Ave #101
Phoenix, AZ 85003

COMES NOW, Anthony Montez, et al., in my sui juris capacity, respectfully invoking the Constitutional guarantees of due process and protections against unauthorized jurisdiction over private property, rights, and personal constitutional matters. It is with the utmost regard for these principles that this Petition refutes the United States Trustee's attempt to limit discussion of said rights within an Article III court of law, as well as any presumption of authority by the Clerk of Court or the Bankruptcy Trustee to influence, override, or hinder these inalienable matters from being addressed within a court of competent jurisdiction.

## Introduction

This Honorable Court is reminded that no administrative, trustee, or bankruptcy official holds the lawful right to diminish, bypass, or control access to an Article III court regarding issues involving private property or constitutional rights. To do so would violate foundational maxims of law and the right to judicial redress as preserved

by the First Amendment and statutes at large. As stated in In re Johnson Estate, the supreme law of the land precludes any inferior officer or agent from imposing limitations on rights secured under the Constitution.

## Maxims of Law as Applicable

"Nullus videtur dolo facere qui suo jure utitur." – No one is considered to act deceitfully who exercises his legal right.

"Salus populi suprema lex." – The welfare of the people is the supreme law, mandating that judicial access must not be obstructed when fundamental rights are in question.

---

## Relief Requested

Accordingly, this Petition asserts that the Trustee's scope of jurisdiction is limited to matters of bankruptcy administration and excludes the right to encroach upon constitutionally protected issues. By law, these fall under the exclusive purview of an Article III court. No extrajudicial party may lawfully or reasonably impair, obstruct, or assume authority in matters of constitutional interpretation or private property adjudication. Thus, this court is entreated to affirm that the matters herein shall proceed unimpeded to full judicial review in alignment with Article III protections, free from interference by the Trustee or Clerk.

Respectfully presented this 30th day of October, 2024.

:Anthony-Leo:Montez,

Anthony Leo Montez
Sole Proprietor, Debtor-in-Possession