FILED USBC CLRK PHX
2024 NOV 1 PM 4:00

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Debtor-in-possession, et al.

**CHAPTER 11**

## DEBTOR'S OBJECTION TO NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY, AND DEMAND FOR CONSTITUTIONAL PROTECTIONS AND DISCOVERY

To:
The Honorable Judge Moody,
United States Bankruptcy Court
District of Arizona
230 N. 1st Ave #101
Phoenix, AZ 85003

Comes now, Anthony Leo Montez, the Debtor in this matter, in my sui juris capacity, respectfully objecting to the Motion for Relief from the Automatic Stay filed by U.S. Bank, N.A. (hereinafter "Movant"), and seeking enforcement of my constitutionally secured rights, protections afforded under statutory law, and procedural due process.

## INTRODUCTION:

### Notice of Non-Core Matters and Motion to Transfer to District Court

Previously, the undersigned has filed a Notice on record, formally demanding the transfer of these proceedings to the District Court. This bankruptcy case involves non-core issues that fall outside of bankruptcy jurisdiction and require adjudication in an Article III court. Without the fundamental bankruptcy protection, there exists no

substantive need for these proceedings to remain in the bankruptcy venue. Therefore, any potential order lifting the automatic stay would be improper without a prior determination by the District Court as to jurisdiction over these non-core matters.

## Due Process Violation and Lack of Service

The Movant has failed to serve the undersigned with a copy of its Motion for Relief from Stay, thereby denying me the procedural due process guaranteed by the Fifth Amendment. Federal Rules of Bankruptcy Procedure, specifically Rule 4001(a)(1), mandate that all parties directly impacted by a motion be served with a copy to ensure full opportunity to respond. By bypassing this procedural requirement, the Movant has deprived me of my right to due process, voiding their motion as procedurally invalid and denying me the chance to address matters directly affecting my private property and constitutional rights.

## Unconstitutional Impairment of Fundamental Rights

Any action by this Court to lift the automatic stay, especially in the absence of due process and service, would be unconstitutional, as it infringes upon my constitutionally protected rights. The Civil Rights Act of 1866 and maxims of law affirm that no lawful authority exists to interfere with private matters and property without proper judicial process. My rights to fair notice, opportunity for defense, and recourse to an Article III court must be upheld without delay, and no court order can lawfully undermine these protections.

## Invalidity of the Debt Claim Under IRC Provisions and the 1099-C

The debt claimed by Movant is disputed and should be invalidated based on the Movant's own issuance of IRS Form 1099-C [See Exhibit A], indicating cancellation of the debt. Under the Internal Revenue Code, particularly IRC § 166 and related sections, when a creditor cancels a debt, that debt ceases to be collectible. Attached hereto as Exhibit A is a copy of the 1099-C form issued by Movant, indicating this debt was discharged. Any attempt by Movant to claim this debt contravenes established tax law and requires immediate examination of Movant's books to confirm whether the debt was forgiven, as reflected in their IRS filings and accounting ledgers. This right to discovery stands as a matter of law, permitting full access to examine the accuracy of Movant's records.

---

## CONCLUSION:

### Relief Requested

THEREFORE, the Debtor respectfully requests that this Court:
Reject and void the Movant's Motion for Relief from the Automatic Stay due to failure of service, due process violations, and non-compliance with procedural rules.

Enforce Debtor's right to constitutional due process and halt all further proceedings related to stay relief until these matters are properly heard and determined in the District Court.

Allow discovery to examine Movant's financial records, including any IRS filings or account entries, to substantiate the 1099-C discharge and confirm compliance with IRC regulations.

Provide any additional relief that is just and necessary to uphold the rights and interests of the Debtor.

---

Respectfully presented this 1st day of November, 2024.

*:Anthony-Leo:Montez*

Anthony Leo Montez
Sole Proprietor, Debtor-in-Possession

# Exhibit

# A

U.S. BANK HOME MORTGAGE
Attn: Mortgage Payoff Processi
PO BOX 2005 4801 FREDERICA STREET
Owensboro, KY 42301
US

ZZW1021A
4000000148 139/1



ANTHONY- LEO MONTEZ, BENEFICIARY
BENEFICIARY
42080 W ANNE LANE
MARICOPA AZ 85138-8637

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>U.S. BANK HOME MORTGAGE<br>Attn: Mortgage Payoff Processi<br>PO BOX 2005 4801 FREDERICA STREET<br>Owensboro, KY 42301<br>US<br>Phone: 303-585-4594 | 1 Date of identifiable event<br>06/07/2022 | OMB No. 1545-1424<br>Form **1099-C**<br>(Rev. January 2022) | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>$ 316,364.00 | For calendar year<br>2023 | |
| | 3 Interest, if included in box 2<br>$ 0.00 | | |
| CREDITOR'S TIN<br>31-0841368 | DEBTOR'S TIN<br>XXX-XX-0492 | 4 Debt description<br>Contractual agreement, credits used | | **Copy B**<br>**For Debtor** |
| DEBTOR'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>ANTHONY- LEO MONTEZ, BENEFICIARY<br>BENEFICIARY<br>42080 W ANNE LANE<br>MARICOPA, AZ 85138<br>US | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . ☐ | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions)<br>152272745965 | 6 Identifiable event code<br>F | 7 Fair market value of property<br>$ 316,364.00 | |

Form **1099-C** (Rev. 1-2022)   **(keep for your records)**   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

### Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at *www.irs.gov/Pub4681*, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.
**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.
**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.
**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.
**Box 2.** Shows the amount of debt either actually or deemed discharged.  **Note:** If you don't agree with the amount, contact your creditor.
**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.
**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.
**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.
**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.
**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099C*.
**Free File Program.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.