
5

FILED USBC CLRK PHX
2024 NOV 12 PM 3:29

# IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Debtor-in-possession, et al.

**CHAPTER 11**

## EMERGENCY MOTION TO VOID SALE DUE TO LACK OF NOTICE, DUE PROCESS VIOLATIONS, AND IMPROPER COLLECTION ATTEMPT ON CANCELED DEBT

### INTRODUCTION:

Comes now, Anthony Leo Montez, as sole proprietor and Debtor-in-possession, respectfully presenting this Emergency Motion to Void Sale of my property located at 42080 W. Anne Lane, Maricopa, AZ [85138]. This motion is based on serious due process violations, lack of required notice, and unlawful and improper collection attempts by the creditor on a debt previously canceled via IRS Form 1099-C. These actions by the creditor not only violate statutory law but also infringe upon my fundamental right to private property.

### BACKGROUND:

My property, 42080 W. Anne Lane, Maricopa, AZ [85138], was unlawfully sold, or is in imminent risk of being sold, based on a recorded document by the creditor's attorney filed with the County Recorder.

This action occurred despite:
- My 14-day appeal period following the Bankruptcy Court's dismissal, during which I retain the right to seek a stay pending an appeal,
- The creditor's failure to provide lawful foreclosure notice after the dismissal, and
- The issuance of a 1099-C by the creditor, which signifies a cancellation of the debt and bars further collection or enforcement actions.

### GROUNDS FOR EMERGENCY RELIEF:

**Violation of Due Process and Lack of Notice:**
The Fifth Amendment guarantees that "no person shall be ... deprived of life, liberty, or property, without due process of law." The Supreme Court has consistently upheld that due

process requires fair notice and a meaningful opportunity to be heard before any deprivation of property (see Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950)). In this case, the creditor failed to provide legally required notice of foreclosure post-dismissal, which deprived me of the chance to protect my property rights. This failure to honor due process is exacerbated by the creditor's swift actions during the appeal window, showing disregard for statutory protections. The creditor has not complied with statutory foreclosure requirements or the rules of due process by failing to serve me with foreclosure papers after the automatic stay was lifted upon dismissal of my bankruptcy case. Foreclosure laws and due process mandates require full and fair notice of any action affecting one's property. The recorded document was filed without providing me a proper foreclosure notice, depriving my of my right to respond, reinstate, or contest.

### Improper Actions Taken Within 14-Day Appeal Period:

Under Federal Rules of Bankruptcy Procedure Rule 8002, I am entitled to a 14-day period following the dismissal order to file an appeal. During this period, any foreclosure or sale actions by the creditor, without my consent or notification, are premature and constitutes an improper deprivation of property. Actions taken by the creditor within this appeal period are therefore voidable, as recognized in case law and due process principles. I am actively pursuing an appeal of the dismissal and have filed a motion for stay pending appeal, underscoring my intent to protect my property right.

## IMPROPER COLLECTION ON A CANCELED DEBT (1099-C):

The Internal Revenue Code, specifically IRC §166 and related provisions, mandates that when a creditor issues an IRS Form 1099-C, the debt is effectively canceled. This renders the debt uncollectible by the creditor, as confirmed in FDIC v. Cashion, 720 F.3d 169 (4th Cir. 2013), which holds that issuance of a 1099-C reflects an intent to cancel the debt, ceasing the creditor's right to further collection actions. The creditor's attempt to foreclose based on this canceled debt contradicts statutory law and established tax code, thereby invalidating any foreclosure proceedings.

Attached as Exhibit A is a copy of the 1099-C form, indicating the creditor's forfeiture of rights to enforce this debt. By attempting to collect on a canceled debt, the creditor violates both federal tax law and my private property rights as guaranteed under the law.

## MAXIMS OF LAW:

- **"Salus populi suprema lex"** (The welfare of the people is the supreme law) mandates that property rights be upheld as a foundation of individual welfare, as protected under the law.

- **"Lex non cogit ad impossibilia"** (The law does not compel the impossible) reinforces that a creditor cannot enforce collection on a debt it has legally canceled.

- **"Quod principi placuit legis habet vigorem"** (What pleases the sovereign has the force of law) upholds that the statutory protections and established case law governing debt cancellation and due process carry the force of law and must be respected in this Court.

## CONCLUSION:

Relief Presented:

THEREFORE, Anthony Leo Montez, respectfully petitions this Court to:

- **Void the Sale:**
  Issue an immediate order voiding any recorded or pending sale of the property located at 42080 W. Anne Lane, Maricopa, AZ [85138], as such actions violate due process, lack proper notice, and stem from an uncollectible, canceled debt.

- **Enjoin Further Collection Attempts:**
  Enjoin the creditor and its legal counsel from any further foreclosure or collection actions on this canceled debt, as shown by the attached 1099-C (Exhibit A).

- **Mandate Compliance with Due Process and Foreclosure Laws:**
  Require that the creditor abide by due process, statutory notice requirements, and the constraints imposed by debt cancellation if further actions are pursued.

- **Provide Additional Relief as Just and Necessary:**
  Grant any additional relief this Honorable Court deems appropriate to uphold private property rights, enforce due process, and ensure compliance with applicable statutory and case law.

Respectfully presented this 12th day of November, 2024.

*Montez, Anthony-Leo:*
*All Rights Reserved*
Anthony Leo Montez
Sole Proprietor, Debtor-in-Possession

---

## EVIDENCE AND ATTACHMENTS

- **Exhibit A:**
  Form 1099-C for Canceled of Debt

# EXHIBIT A

U.S. BANK HOME MORTGAGE
Attn: Mortgage Payoff Processi
PO BOX 2005 4801 FREDERICA STREET
Owensboro, KY 42301
US

ZBW1021A
4000000148 139/1



ANTHONY- LEO MONTEZ, BENEFICIARY
BENEFICIARY
42080 W ANNE LANE
MARICOPA AZ 85138-8637

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. U.S. BANK HOME MORTGAGE Attn: Mortgage Payoff Processi PO BOX 2005 4801 FREDERICA STREET Owensboro, KY 42301 US Phone: 303-585-4594 | 1 Date of identifiable event 06/07/2022 | OMB No. 1545-1424 Form **1099-C** (Rev. January 2022) For calendar year 2023 | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged $ 316,364.00 | | |
| | 3 Interest, if included in box 2 $ 0.00 | | |
| CREDITOR'S TIN 31-0841368 | DEBTOR'S TIN XXX-XX-0492 | 4 Debt description Contractual agreement, credits used | | Copy B For Debtor |
| DEBTOR'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code ANTHONY- LEO MONTEZ, BENEFICIARY BENEFICIARY 42080 W ANNE LANE MARICOPA, AZ 85138 US | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Account number (see instructions) 152272745965 | | 6 Identifiable event code F | 7 Fair market value of property $ 316,364.00 | |

Form **1099-C** (Rev. 1-2022) (keep for your records)    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

## Instructions for Debtor

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D—Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.