2

# IN THE UNITED STATED DISTRICT COURT FOR THE DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE
Debtor-in-possession, et al.

**CHAPTER 11**

## EMERGENCY MOTION FOR STAY PENDING APPEAL TO PROTECT PROPERTY RIGHTS AND ENSURE DUE PROCESS

### INTRODUCTION:

Comes now, Anthony Leo Montez, as sole proprietor and debtor-in-possession, to respectfully present this Motion for a Stay Pending Appeal, seeking to protect my property and constitutional rights during the appeal of the Bankruptcy Court's dismissal order, currently under review by this Honorable Court.

### GROUNDS FOR STAY PENDING APPEAL:

**Irreparable Harm:**
Without a stay, I face imminent risk of losing my property and valuable assets, which are integral to my livelihood and the sole purpose for initiating this bankruptcy proceeding. Dismissal of my Chapter 11 case without proper legal process or respect for my constitutional rights leaves me exposed to immediate creditor actions, placing my property at grave risk. The Supreme Court has held that property rights are protected by due process, and no deprivation can occur without fair hearing (see Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950)).

**Likelihood of Success on the Merits:**
My appeal raises fundamental issues of statutory interpretation and constitutional law, including the Bankruptcy Court's failure to provide a lawful basis for requiring legal representation in a sole proprietorship Chapter 11 case. As I am the sole owner, I retain the right to self-representation, a right unchallenged in applicable statutes. Additionally, my prior Notice of Removal to the District Court, requesting an Article III court review for non-core issues, remains unaddressed, violating principles of jurisdiction. These issues support a strong likelihood of success on appeal.

**Public Interest:**
Granting a stay serves the public interest by ensuring that constitutional rights to due process are preserved and that lower courts adhere to procedural safeguards. This appeal challenges whether an individual sole proprietor can be deprived of the right to self-represent in a case involving private property and livelihood, matters of significant public concern and legal precedent.

**Balance of Hardships:**
The balance of hardships weighs heavily in favor of granting the stay. The creditor(s) will face no significant prejudice by a temporary delay, while I risk the permanent and irreversible loss of my property without a stay. The integrity of this proceeding, and my rights, must be protected until a final ruling on appeal.

## REQUEST FOR WAIVER OF BOND REQUIREMENT:

Given the constitutional nature of this appeal and the assurances previously provided by the Bankruptcy Court to waive certain filing fees, I respectfully request a waiver of any bond requirement that might otherwise apply to a stay pending appeal. The financial burden of a bond would unduly restrict my ability to seek justice in this matter, and the circumstances here warrant relief from such a condition.

## CONCLUSION:

Relief Presented:

WHEREFORE, Anthony Leo Montez, respectfully requests that this Court:

- Grant a stay of all proceedings, actions, and enforcement against my property pending the outcome of this appeal;

- Waive any bond requirement in recognition of the substantial constitutional and due process issues presented in this appeal;

- Provide any additional relief as this Honorable Court deems just and proper to ensure protection of my property and rights.

Respectfully presented this 12th day of November, 2024.

*Montez, Anthony-Leo:*
*ALL Rights Reserved*
Anthony Leo Montez
Sole Proprietor, Debtor-in-Possession