| | |
|---|---|
| In re: | Case No. 24-05605-BMW |
| ANTHONY LEO MONTEZ, ESTATE | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 13, 2024 | Form ID: pdf008 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + ANTHONY LEO MONTEZ, ESTATE, 42080 W ANNE LANE, MARICOPA, AZ 85138-8637 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LEONARD J. MCDONALD, JR. | on behalf of Creditor U.S. Bank National Association ecf@tblaw.com |
| RENEE SANDLER SHAMBLIN | on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov |

TOTAL: 2

THIS ORDER IS APPROVED.

Dated: November 13, 2024

Brenda Moody Whinery, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| ANTHONY LEO MONTEZ, ESTATE, | Case No. 4:24-bk-05605-BMW |
| Debtor. | **ORDER DENYING EMERGENCY MOTIONS FOR STAY PENDING APPEAL (DKT. 96 AND DKT. 100)** |

Before the Court are the *Emergency Motion[s] for Stay Pending Appeal to Protect Property Rights and Ensure Due Process* filed at Dkt. 96 and Dkt. 100 (the "Motions"), in which the debtor asks the Court to grant a stay pending the outcome of the debtor's appeal of this Court's *Order Dismissing Case* (the "Dismissal Order") (Dkt. 88).

When determining whether to issue a stay pending the outcome of an appeal, courts analyze the following four factors: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Lair v. Bullock*, 697 F.3d 1200, 1203 (9th Cir. 2012) (quoting *Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 1761, 173 L. Ed. 2d 550 (2009)). The first two factors are the most critical, and the movant bears the burden of demonstrating that the circumstances justify issuance of a stay. *Id.*

In this case: (1) the debtor has no likelihood of succeeding on the merits of the appeal because, as noted in the Dismissal Order, if this is an individual case, the required individual forms must be filed, and if this is a non-individual case, the debtor must be represented by

counsel in order to proceed with a bankruptcy case; (2) there is no showing that the debtor will be irreparably injured absent a stay given that it appears the debtor has filed a new individual case under Chapter 13 of the Bankruptcy Code (the "New Case");[1] (3) the issuance of a stay may unjustly delay creditors from exercising their state law rights and remedies; and (4) the public interest does not support the issuance of a stay given the facts and circumstances of this case.

Based upon the foregoing, and for good cause shown, to the extent the Motions are not moot given the filing of the New Case;

**IT IS HEREBY ORDERED** that the Motions are denied.

---

[1] Case 4:24-bk-09671-BMW was filed under the name Anthony Leo Montez on November 12, 2024. It is unclear to the Court whether the debtor in this case has abandoned the appeal of the Dismissal Order.