5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ARIZONA

**CASE NUMBER:** 04:24-bk-05605-BMW

**IN RE:** ANTHONY LEO MONTEZ ESTATE     **CHAPTER 11**

Debtor-in-possession, et al.

## EMERGENCY MOTION FOR RECONSIDERATION OF STAY PENDING APPEAL TO PROTECT FAMILY HOME AND PRESERVE FUNDAMENTAL RIGHTS

To:
The Honorable Judge Moody,
United States Bankruptcy Court
District of Arizona
230 N. 1st Ave #101
Phoenix, AZ 85003

## TABLE OF CONTENTS
1. Introduction

2. Statement of Facts
- Dismissal of Chapter 11 Case and Timely Appeal

- Emergency Nature of the Stay Request
- Essential Role of the Family Home

3. Legal Basis for Reconsideration

4. Supporting Maxims of Law

5. Relevant Statutes at Large

6. Request for Relief

---

# INTRODUCTION

This motion is presented not as a contest but as a solemn call to preserve a sacred trust: the family home. This dwelling is not merely a shelter but a sanctuary where the principles of faith, education, and daily provision converge. The Debtor respectfully presents this Emergency Motion, invoking the equitable powers of this honorable Court to reconsider the denial of a stay pending appeal.

The dismissal of the Debtor's Chapter 11 case on October 30, 2024, has placed the family in imminent peril of losing this home. This home, far more than a residence, embodies the essence of a family's existence, where children are homeschooled in faith-based principles, a religious organization thrives, and a livelihood is sustained. Its loss would not only devastate the family but breach fundamental constitutional protections.

It is requested that this honorable Court revisit its prior decision and grant an emergency stay to safeguard this sanctuary and uphold the law's principles of justice, equity, and the preservation of liberty.

---

# STATEMENT OF FACTS

### 1. Dismissal of Chapter 11 Case and Timely Appeal
The Chapter 11 case was dismissed on October 30, 2024, and a timely appeal was filed on November 12, 2024, under Federal Rule of Bankruptcy Procedure 8002. Despite the appeal, the denial of a stay has left the family home exposed to immediate foreclosure actions.

### 2. Emergency Nature of the Stay Request
Foreclosure proceedings threaten to displace the family and disrupt all aspects of their lives, including faith-based education, religious activities, and economic stability.

### 3. Essential Role of the Family Home
- **Homeschooling:**

The home serves as the center for providing a tailored education reflecting the family's deeply held values and beliefs.

- **Religious Organization:**
Worship and spiritual fellowship occur within this home, making it a cornerstone of faith.

- **Livelihood:**
The home supports the family's income and sustains daily living.

The forced loss of this home would result in irreparable harm, violating the principles of due process and protection of property.

---

## LEGAL BASIS FOR RECONSIDERATION

### 1. Rule 9023 and Federal Rule of Civil Procedure 59(e)
Reconsideration is appropriate to prevent manifest injustice and address clear errors under these rules.

### 2. Equitable Powers of the Court
Bankruptcy Code § 105(a) empowers this Court to issue orders necessary to protect against irreparable harm and uphold the law's principles.

### 3. Precedents Recognizing Irreparable Harm
Courts have acknowledged the loss of a primary residence as irreparable harm (e.g., In re Fontaine, 402 F. Supp. 1219).

### 4. Balancing of Hardships
Minimal hardship to creditors pales compared to the catastrophic effects on the family if the stay is denied.

---

## SUPPORTING MAXIMS OF LAW

1. **"Domus sua cuique est tutissimum refugium."** A man's home is his safest refuge.

2. **"Lex non cogit ad impossibilia."** The law does not compel impossibilities.

3. **"Salus populi suprema lex."** The welfare of the people is the supreme law.

4. **Fiat justicia ruat caelum.** " Let justice be done though the heavens fall.

5. **"Ubi jus, ibi remedium**." Where there is a right, there is a remedy.

---

### RELEVANT STATUTES AT LARGE

1. Fifth Amendment, U.S. Constitution: Protects against deprivation of property without due process.

2. Statutes at Large, Vol. 1, p. 21: Right to petition for redress of grievances.

3. 48 Stat. 112 (Emergency Banking Act): Designed to prevent foreclosure abuses.

4. 73 Stat. 18 (Housing Act of 1959): Ensures residential stability.

5. Federal Reserve Act, 42 Stat. 20: Governs financial institutions' fiduciary obligations.

---

### ETHICAL AND SOCIAL PRINCIPLES

The teachings of Proverbs remind us: "The fear of Jehovah is the beginning of wisdom" (Proverbs 1:7). Protecting the home aligns with divine wisdom, ensuring that peace and justice prevail.

---

### REQUEST FOR RELIEF

- **Reconsideration of Stay Pending Appeal**

It is respectfully requested that this Court revisit its decision to deny the stay.

- **Emergency Stay Pending Appeal**

Issue a stay to halt foreclosure and protect the home until the appeal is resolved.

- **Recognition of Irreparable Harm**

Acknowledge the severe impact on the family's faith, education, and livelihood.

- **Balancing of Hardships**

Consider the disproportionate burden placed on the family compared to the creditors' inconvenience.

Respectfully Presented in Honor and Sincerity on this 21st day of November, 2024 by

*[signature: Anthony Leo Montez]*

:ANTHONY-LEO MONTEZ.
[Sole Proprietor/Debtor in Possession]
In Propria Persona
All Rights Reserved. With Prejudice. Without Recourse.