|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| IN THE MATTER OF: | |
|---|---|
| Anthony Leo Montez Estate, | No. CV-24-00551-TUC-RCC |
| Debtor. | BK NO. 4:24-bk-05605-BMW |
|  | NO. |
| Anthony Leo Montez, | BAP No. |
| Appellant, | **AMENDED NOTICE OF DOCKETING BANKRUPTCY MATTER** |
| v. |  |
| United States Trustee, |  |
| Appellee. |  |

TAKE NOTICE that an appeal to the United States District Court in the above entitled case has been received on November 12, 2024, and has been assigned the above civil case number. This case is assigned to the Honorable Raner C Collins. Any documents to be filed in the matter should bear the civil case number.

PURSUANT to Federal Rules of Bankruptcy Procedure 8006 and Local Rule of Bankruptcy Appeal Procedure 8007-1, the original record on appeal is to be retained by the Clerk of the Bankruptcy Court.

Failure to comply with provisions of Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Appeal Procedure may result in the Court taking action for failure to perfect the appeal, including possible dismissal pursuant to Rule 8020-1 of

1 | the Local Rules of Bankruptcy Appeal Procedure.

3 | Dated this 4th day of December, 2024.

```
                                Debra D. Lucas
                                District Court Executive/Clerk of Court


                                s/ Dora L Curiel
                          By    Case Admin Specialist
```

- 2 -