# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>ANTHONY LEO MONTEZ ESTATE | Chapter 11<br>Case No. 4:24-BK-05605-BMW<br>Adv. No.<br>CIV No. 24-00551 |
| Debtor(s) | |
| ANTHONY LEO MONTEZ | |
| Appellant(s) | |
| v.<br>UNITED STATES TRUSTEE | **MEMO TO UNITED STATES DISTRICT COURT RE: STATUS OF CERTIFICATE OF READINESS** |
| Appellee(s) | |

TO: Clerk, United States District Court, District of Arizona

Please be advised that a Certificate that the Record of Appeal is Complete cannot be filed because the following documents have not been filed as of date:

☑ The Designation of Record is not on file.

☑ The Statement of Issues is not on file.

☐ A transcript has been designated and the designating party has not requested the transcript.

☐ Other:

Dated: February 6, 2025

Khadijia White-Thomas, Clerk of Court

By: Janel McCormick
Deputy Clerk